# EXHIBIT 1

FILED
CLERK, U.S. DISTRICT COURT
11/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

KIEURMANBI MAMUCHIEV,

Defendant.

CR 2:25-cr-00920-MRA

I N D I C T M E N T

[18 U.S.C. § 922(g)(5)(A): Alien in Possession of a Firearm and Ammunition; 26 U.S.C. § 5861(d): Possession of Unregistered Short-Barreled Rifle; 26 U.S.C. § 5861(i): Possession of Un-Serialized Short-Barreled Rifle; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): Criminal Forfeiture]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(5)(A)]

On or about April 17, 2025, in Los Angeles County, within the Central District of California, defendant KIEURMANBI MAMUCHIEV knowingly possessed firearms, namely, a Glock model 19, 9mm caliber pistol, bearing serial number SDC096, and a Springfield Armory model XD, 9mm caliber pistol, bearing serial number BB150935; and ammunition, namely, one round of Remington Peters .223 Rem caliber ammunition, 12 rounds of Winchester 9mm Luger caliber ammunition, one

round of CBC 9mm Luger caliber ammunition, five rounds of Blazer 9mm Luger caliber ammunition, two rounds of Aguila 9mm Luger caliber ammunition, one round of Federal Cartridge 9mm Luger caliber ammunition, one round of STV 9mm Luger caliber ammunition, eight rounds of SIG 9mm Luger caliber ammunition, two rounds of Hornady 9mm Luger caliber ammunition, one round of Winchester Military Ammunition .223 caliber ammunition, 30 rounds of Poongsan Defense .223 caliber ammunition, one round of Ammo Incorporated 9mm Luger caliber ammunition, five rounds of Winchester 5.56 caliber ammunition, one round of Winchester .223 Rem caliber ammunition, one round of Lake City Army Ammunition Plant .223 caliber ammunition, and one round of Federal Cartridge .223 Rem caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant MAMUCHIEV possessed such firearms and ammunition knowing that he was then an alien illegally and unlawfully in the United States.

COUNT TWO

[26 U.S.C. § 5861(d)]

On or about April 17, 2025, in Los Angeles County, within the Central District of California, defendant KIEURMANBI MAMUCHIEV knowingly possessed a firearm, namely, a rifle bearing no serial number, with a barrel less than 16 inches in length, which defendant MAMUCHIEV knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant MAMUCHIEV in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

COUNT THREE

[26 U.S.C. § 5861(i)]

On or about April 17, 2025, in Los Angeles County, within the Central District of California, defendant KIEURMANBI MAMUCHIEV knowingly possessed a firearm, namely, a rifle bearing no serial number, with a barrel less than 16 inches in length, which defendant MAMUCHIEV knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which was not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offenses set forth in this Indictment.

2. If so convicted, defendant shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//

//

//

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

KALI M. YALLOURAKIS
Assistant United States Attorney
General Crimes Section

# EXHIBIT 2

# HAWTHORNE POLICE DEPARTMENT

12501 S. Hawthorne Boulevard, Hawthorne CA 90250
(310) 349-2700

## EVIDENCE LIST / RECEIPT

**Date/Time:** 4/17/25 @ 1511 **DR #** 24-13596

**Location:** 1132 ROSALIND AV, LA, CA 90023

**The following items were seized as evidence:**

EVD #1 GLOCK 19 SERIAL#SDC096
W/1 MAGAZINE, 10 ROUNDS, SECOND MAGAZINE W/10 ROUND
ON NIGHT STAND

EP ARMORY
EVD #2 RIFLE SERIAL# NONE (1) MAGAZINE 20-25 rounds
INSIDE GUITAR CASE

EVD#3 AR-15 RIFLE, SERIAL # NONE, (1) MAGAZINE
10-30 ROUNDS INSIDE GUITAR CASE

EVD #4 SPRINGFIELD XD SERIAL#BB150935
(1) MAGAZINE 14 ROUNDS W/BLACK HOLSTER
IN TOP DRAWER

EVD #5 BLACK ADDIDAS HAT W/WHITE SYMBOL
ON BEDROOM RACK
EVD #6 BLACK LOAFERS *BASKET WEAVE* - LIVING ROOM

**OFFICER/ID:** T. LOPEZ /431 **DATE/TIME:** 4/17/25@ 1511

**APPROVING SUPERVISOR:** BRISTOW 356 **DATE/TIME:** 4/17/25@ 1600

HPD # 193 (03/06)

# EXHIBIT 3

# Statement.

I, Inal Tedeev , born on November 9, 1994,Driver License W1650442, and currently residing at: Russian Federation, Republic of North Ossetia–Alania, Vladikavkaz, General Dzusov Street, Building 5/1, Apartment 20, hereby declare the following:

Previously, I resided in Los Angeles, California, United States of America, at the address: 1132 Rosa Lind Avenue.

At the aforementioned address, I lived in the house together with the following neighbors:

Kurmanbiy Mamuchiev,

Anzor Chomaev,

Andrey Berezhny.

It has come to my attention that several firearms were recently discovered at the above-mentioned address. I declare that said firearms were in my temporary custody. The firearms had been entrusted to me for safekeeping by acquaintances of mine who had relocated to another state within the United States. They assured me that they possessed lawful rights of ownership over the firearms and informed me that my temporary custody of them would not entail any legal consequences.

I further declare that Kurmanbiy Mamuchiev had no connection whatsoever to the aforementioned firearms that were kept at the above-mentioned residence. I stored the firearms separately in a closed musical instrument case within the house at that address, and upon my departure, I left them in the same condition.

In December 2024, I left the territory of the United States due to my mother's deteriorating health, and to this day I have been unable to return. Upon my departure, I left the firearms in the house at 1132 Rosa Lind Avenue. I did not inform my neighbor, Kurmanbiy Mamuchiev, of the fact that I had left the firearms there, and he was not aware of their presence in the house.

This statement is made by me voluntarily, solely for the purpose of providing a full explanation of the aforementioned circumstances. I confirm that all information provided herein is complete and accurate, and I make this declaration under oath, acknowledging criminal liability under the laws of the United States for knowingly providing false information.

This statement has been drafted and personally signed by me.

Тедеев Инал ____________________ [signature]

# EXHIBIT 4

Johnny H. Wen, PhD
Clinical Neuropsychology

Office: 3858 Carson Street, Suite 121, Torrance California 90503

---

Confidential Report

| | | |
|---|---|---|
| **Name:** | Mr. Kieurmanbi Mamuchiev | **DOB:** 06/22/1991 |
| **Age:** | 34 | **Date of Examination:** 06/26/2025 |
| **Education:** | 16 years | **Date of Report:** 8/11/2025 (revised 8/20/2025) |
| **Gender:** | Male | **Neuropsychologist:** Johnny Wen, Ph.D. |
| **Ethnicity:** | Russian/Caucasian | |

**Address/Location:** Pitchess Detention Center
North Facility
29320 The Old Road
Castaic, CA 91384

**REFERRAL SOURCE**

☐ Referred by:
Ms. Yulia Kelmansky, Esq
7869 Santa Monica Blvd
Los Angeles, CA 90046
Phone: 213-872-5668

**Case Number/ Booking Number**

25ARCF0068201-01/#7004346

The People of the State of California versus Mr. Kieurmanbi Mamuchiev

**Reason for Referral/Visit:**

Mr. Kieurmanbi Mamuchiev is a 34 year old married Russian national who was requested for an evaluation of his current psychological functioning.

Pursuant to Evidence Code Sections 952 and 1017, I interviewed Mr. Kieurmanbi Mamuchiev at the Pitchess Detention Center in Castaic, California.

**Background and History:**

Mr. Mamuchiev has been requested to be seen by this office. Ms. Yulia Kelmansky, Esq his attorney, asked for an evaluation of his current psychological functioning to assess if he would be an appropriate candidate for a mental health diversion program.

The client was informed of the purpose and nonconfidential nature of the interview. He was advised that he could, at any time, refuse to answer the questions or terminate this meeting.

**SOURCES OF INFORMATION:**

I. Clinical interview of the client, face to face examination.
II. Records Reviewed
III. Medical Records from Russia
IV. Medical Records from Men's Central Jail
V. Administration of Traumatic Symptom Inventory-II (TSI-II)

**Medical History:**

Stavropol Region State Budgetary Healthcare Institution
KISLOVODSK MUNICIPAL HOSPITAL
Neurosurgery Department
neurosurgery@inbox.ru

EPICRISIS
Extract from the medical history No. 55393

Patient's name: Mamucheev Kieurmanbi Khasanbievich
Age: 30
Resident of: 69A Gagarin Str., City of Kislovodsk, Stavropol Region
Job: not employed

Date of admission: April 11, 2022
Date of leaving hospital: April 29, 2022

Consultation

Mr. Mamucheev Kieurmanbi Khasanbievich is an unemployed 30 year-old male who was admitted to the Stavropol Region State Budgetary Healthcare Institution KISLOVODSK MUNICIPAL HOSPITAL on April 11, 2022.
The diagnosis when he was admitted to the hospital includes TCT closed craniocerebral injury, moderate brain contusion, contusion-hemorrhagic focus of the left parietal lobe, comminuted fracture with subluxation of C5, closed fracture of the body of the right scapula without displacement. Pneumothorax on the right, small pneumothorax on the left, pulmonary contusion, multiple bruises, abrasions of the extremities and chest. The reason he was hospitalized on April 11, 2022 was in his own words that he was injured in a traffic accident at about 13:00 on April 11, 2022. He was then taken to the Nalchik District Clinical Hospital but refused hospitalizations after examination and later went to Kislovodsk City Hospital emergency room by himself.

Upon arriving at Kislovodsk City Hospital, the patient was admitted in grave condition with a pulse of 104 per min., rhythmic, BP 105/70 mm Hg. The examination data detailed the patient's cervical spine computed tomography had signs of a fracture, subluxation of C5. His brain computed tomography had contusion-hemorrhagic focus of the left parietal lobe and his chest computed tomography had a right scapula fracture, pneumothorax on the right, small pneumothorax on the left, and pulmonary contusion. With continued examination of his cervical spine, the X-ray examination was after surgery and the position of the metal structure was correct. Upon admission the patient underwent surgery for emergency indications with drainage of the right pleural cavity according to Bullau, conservative therapy performed, Pneumothorax resolved with drainage removed on April 21, 2022 and general cerebral symptoms regressed. On April 22, 2022 surgery was performed which includes c5-6 discectomy, interbody spondylosis c6-7 with a titanium mesh implant with fixation with a single-segment titanium plate c5-6. The postoperative period was uneventful without complications and the sutures were removed on the 7th day.

Following recommendations after examination and surgeries was wearing a cervical collar (Philadelphia) for 8 weeks, follow-up examination after 2 months, and neurologist, traumatologist check-up at the place of residence.

Neurological Surgeon: Glazkov R. V.
Head of Department: Ivshin M.B.

> The diagnosis when he was admitted to the hospital includes TCT closed craniocerebral injury, moderate brain contusion, contusion-hemorrhagic focus of the left parietal lobe,The diagnosis when he was admitted to the hospital includes TCT closed craniocerebral injury, moderate brain contusion, contusion-hemorrhagic focus of the left parietal lobe.

**<u>Annotated Medical Records for Mamuchiev Kieurmanbi</u>**

*<u>Kieurmanbi, M70043465181</u>*

July 31st, 2025: Los Angeles County Department of Health Services; Integrated Correctional Health Services; Declaration of Custodian of Medical Records; Christopher Brown, RHIT

July 11th, 2025: Kelmansky Law; Authorization for Release of HIPAA-Protected Information/Records; Teresa Kiles, Correctional Health Services, Los Angeles County

April 17th, 2025: CHS – Monterey Park

- Patient Name:

  - Mamuchiev Kieurmanbi
- Patient Type:
  - Long-term Maintenance

April 17th, 2025: CHS Correctional Health Services; Los Angeles County Sheriff's Department; Health Services Los Angeles County; Coding Summary

- Physician Name:
  - Monika Do Valle
- Severity of Illness:
  - Minor
- Risk of Mortality – Moderate
- Diagnosis – Schizophrenia
- Diagnosis:
  - Reason for Visit – F29
    - Unspecified psychosis not due to a substance or known physiological condition
  - Principal:
    - F29 – Unspecified psychosis not due to a substance or known physiological condition
  - Secondary:
    - F09 – Unspecified mental disorder due to known physiological condition
    - G93.49 – Other encephalopathy
    - F43.23 – Adjustment disorder with mixed anxiety and depressed mood
    - R29.898 – Other symptoms and signs involving the musculoskeletal system
    - Z87.828 – Personal history of other (healed) physical injury and trauma
  - Coded by:
    - Yangfang Liu
- Discharge Documentation:
  - Discharge Note – Nursing; Janette Lipana, RN:
    - Patient was transferred to 5700; accompanied by the deputies
    - AAOx4 without respiratory distress
    - Denied suicidal or homicidal idetaions
    - Left facility at 1525

- Admit-Discharge-Transfer Forms:
  - Nursing Discharge Summary – 5/24/2025; Janette Lipana, RN:
    - Living Situation:
      - Law enforcement detention
  - Visit Information – Various Dates & Times:
    - Information Given by – patient
    - Accompanied by – law enforcement
    - BH Patient Location – varied:
      - Patient room
      - Court
    - Reason for Admission:
      - Medical Treatment
    - Languages:
      - English
    - Preferred Communication Mode:
      - Verbal
  - Details of Transfer:
    - LA county ambulance
  - Discharge Information:
    - Mode of Discharge – ambulatory
- Correctional Health Services; Department of Health Services; Los Angeles County; Correctional Health Services – Emergency Response; Dated: 4/25/2025
- History and Physical Reports – 5/15/2025; Danny Jajune Lee, MD:
  - Chief Complaint:
    - Altered mental status
  - HPI:
    - Russian male with past medical history of unspecified psychosis admitted for bilateral leg weakness and acute encephalopathy
  - Assessment & Plan:
    - Overweight
    - Acute encephalopathy
    - Bilateral leg weakness
    - Jaw rigidity – improved

        - Unspecified psychosis
        - Rule Out Schizophrenia:
            - Taking Zyprexa
            - Follow-up with mental health
            - P3 status
        - History of MVA:
            - Neck pain – baseline
            - MRI neck – disc and facet joint degenerative changes; no acute findings
    - Disposition:
        - CTC for PT requirements and P3 status

July 7th, 2025: Correctional Health Services; Voluntary Patient's Informed Consent to Psychotropic Medications; Dr. Athers

June 6th, 2025: Correctional Health Services; Voluntary Patient's Informed Consent to Psychotropic Medications

April 22nd, 2025: Correctional Health Services; Voluntary Patient's Informed Consent to Psychotropic Medications

April 22nd, 2025: Consent for Health Screening and Treatment

April 17th, 2025: CHS Correctional Health Services; Los Angeles County Sheriff's Department; Health Services Los Angeles County

- Consents
- Admission Notes:
    - Francisco Gonzalez Jr., RN – 5/15/2025:
        - Assessment:
            - Ineffective coping related to legal issues:
                - Risk for disturbed thought process related to history of unspecified psychosis, acute encephalopathy, and AMS
- Inpatient Progress Note:
    - Jericho Ancheta, RN – 5/16/2025:
        - Accompanied by unit deputies; has returned from court
        - Alert and oriented

        - Has been given his PM medications
    - Marlene Mariscal, LVN – 5/16/2025:
        - Patient needs MD and psych clearance
        - Showed no signs or symptoms of distress
        - Vitals – WNL
        - Stable condition
    - Gevork Geshgian, DO – 5/17/2025:
        - Diagnosis:
            - Psychosis
            - Unspecified mental health disorder
        - Issues to Address on Outpatient Follow-Up/Discharge Action Plan:
            - Unspecified mental health disorder
- Orders:
    - Transfer to mental health
    - Mental health referrals – staff initiated
    - ED pain medication administration follow-up; Acetaminophen
    - OK to court:
        - Psych cleared for court on safety precautions
    - Added to Problem List:
        - Anxiety
        - Ineffective coping (individual)
        - Alteration in comfort; pain
    - Mental health clinician – completed:
        - Reported suicidal ideation
    - Physical Therapy Evaluation and Treatment – Inpatient:
        - Bilateral LE weakness
        - No weight bearing precautions
- Orders – Medications:
    - Inpatient:
        - Chlorpromazine 50 mg
        - Melatonin 5 mg
        - Mirtazapine 15 mg
        - Diphenhydramine 50 mg
        - Escitalopram 10 mg
        - Olanzapine 15 mg
        - Triamcinolone 0.5% topical cream

        - Ibuprofen 600 mg
        - Acetaminophen 1,000 mg
        - Acetaminophen 650 mg
- Plans of Care:
    - Anxiety – initiated
    - Pain – initiated
- Outpatient Notes:
    - CHS Chart Review Note; Rumi Yonamine Sato, NP – 5/8/2025:
        - Plan:
            - Court medical no go order placed
            - Placed in CSU-line for initial visit
- Diagnostic Radiology:
    - XR Chest 1 View – 4/21/2025; Ali Gholamrezanezhad:
        - Findings/Impression:
            - Cardiac silhouette – WNL
            - No focal pulmonary consolidation, sizeable pleural effusion, pneumothorax
            - Osseous structures demonstrate no acute abnormality
- Reference Lab
- Point of Care
- Medication Administration Record:
    - Please note – these records have various dates & times; starting from April 22nd, 2025 to July 30th, 2025
- Therapeutic Notes:
    - Therapeutic Notes; Shay Taylor – Therapeutic Intervention/Group Progress Note; May 15th, 2025:
        - Category – Cognitive behavioral
        - Topic – Cognitive restructuring
    - Edward Del Hierro – Therapeutic Intervention/Group Progress Note; May 13th, 2025:
        - Category – Dialectical Behavior Therapy (DBT)
        - Topic – Coping skills
    - Shay Taylor – Therapeutic Intervention/Group Progress Note; May 13th, 2025:
        - Category – Psychoeducational

- Topic – Cognitive restructuring

- Shay Taylor – Therapeutic Intervention/Group Progress Note; May 12th, 2025:
    - Category – Cognitive behavioral
    - Topic – Cognitive restructuring
- Vanessa Cosme – Therapeutic Intervention/Group Progress Note; May 9th, 2025:
    - Category – Art Therapy
    - Topic – Creative Expression
- Melynda Peebles – Therapeutic Intervention/Group Progress Note; May 9th, 2025:
    - Category – Dialectical Behavior Therapy (DBT)
    - Topic – Creative Expression
- Melynda Peebles – Therapeutic Intervention/Group Progress Note; May 8th, 2025:
    - Category – Dialectical Behavior Therapy (DBT)
    - Topic – Anger management
    - Mode – Group Psychotherapy
- Shay Taylor – Therapeutic Intervention/Group Progress Note; May 12th, 2025:
    - Category – Psychoeducational
    - Topic – Education
    - Mode – Group Education
- Shay Taylor – Therapeutic Intervention/Group Progress Note; May 6th, 2025:
    - Category – Cognitive behavioral
    - Topic – Cognitive restructuring
    - Mode – Group Education
- Edward Del Hierro – Therapeutic Intervention/Group Progress Note; May 6th, 2025:
    - Category – Cognitive behavioral
    - Topic – Supportive therapy
- Melynda Peebles – Therapeutic Intervention/Group Progress Note; May 6th, 2025:
    - Category – Dialectical Behavior Therapy (DBT)
    - Topic – Anger management
    - Mode – Group Psychotherapy
- Shay Taylor – Therapeutic Intervention/Group Progress Note; May 5th, 2025:

        - Category – Cognitive behavioral
        - Topic – Cognitive restructuring
        - Mode – Group Education
    - Melynda Peebles – Therapeutic Intervention/Group Progress Note; May 5th, 2025:
        - Category – Cognitive behavioral
        - Topic – Cognitive restructuring
        - Mode – Group Psychotherapy
    - Shay Taylor – Therapeutic Intervention/Group Progress Note; May 2nd, 2025:
        - Category – Psychoeducational
        - Topic – Education
        - Mode – Group Education
    - Vanessa Cosme – Therapeutic Intervention/Group Progress Note; May 2nd, 2025:
        - Category – Communication
        - Topic – Leisure Counseling/Education
    - Shay Taylor – Therapeutic Intervention/Group Progress Note; April 30th, 2025:
        - Category – Psychoeducational
        - Topic – Education
    - Vanessa Cosme – Therapeutic Intervention/Group Progress Note; April 30th, 2025:
        - Category – Process Group
        - Topic – Self Expression
    - Shay Taylor – Therapeutic Intervention/Group Progress Note; April 29th, 2025:
        - Category – Cognitive behavioral
        - Topic – Coping skills
    - Edward Del Hierro – Therapeutic Intervention/Group Progress Note; April 29th, 2025:
        - Category – Cognitive behavioral
        - Topic – Cognitive restructuring
- Physical Therapy Forms:
    - PT Inpatient Examination – 5/21/2025; Todd Leslie, PT & Danny Jajune Lee, MD:
        - Language & Interpreter Needs – Russian
        - Assessment:

- Rehab potential physical therapy – good
- Mild LBP
- No major deficits
- He is able to ambulate safely without an assistive device
- No skilled therapy needed at this time
- Discharge to HEP

■ Systems Review:

- Oriented x 3
- Affect – calm
- Behavior – cooperative
- Intact basic command following
- Pain noted
- Intact safety/judgment

■ Pain Assessment:

- Location – back
- Laterality – right
- Quality – aching
- Time pattern – intermittent

■ Home Environment:

- Living situation – law enforcement detention

- Allowable Inmate Property – 4/22/2025; Brock Summers:
  - Reason for Property Restrictions:
    - Reported SI earlier
    - Cannot guarantee safety
- COVID Forms; Millicent Kim, RN:
  - Clinical Indicators:
    - Cough
    - Sore throat
    - Congestion
    - Runny nose
- Diabetic Monitoring – 4/25/2025; Christine Delao, RN
- Intake Housing Disposition – 4/22/2025; Ana Villagrana, NA:

- Mental Health HOH
- CHS CTC Adult Admission History – Text; 5/15/2025; Francisco Gonzalez Jr., RN:
  - Reason for Admission:
    - Medical treatment
  - Interpreter used; Russian speaking
  - CHS Subjective:
    - Neurological symptoms – none
    - Psychiatric symptoms:
      - Denies auditory and visual hallucinations
      - Denies SI/HI
  - Problem History:
    - Alteration in comfort; pain
    - Anxiety
    - Ineffective coping (individual)
    - Neck pain
    - Overweight
    - Suicide risk
  - Diagnoses:
    - Overweight
  - Medication History:
    - Olanzapine 15 mg
  - Assistive Devices/Medical Devices – none
  - CHS Functional:
    - No sensory changes
    - No cognitive function concerns prior to admission
    - Has fear of falling
    - No problems reported with sleeping behaviors
  - CHS Psychosocial/Spiritual:
    - Coping – ineffective
  - CHS Education/Discharge Planning:
    - Barriers to Learning:
      - Desire/motivation, language barrier

- CHS Nursing Clinical Notes – Text; 7/30/2025; Fraulein Bringas, RN:
    - Objective Assessment:
        - Denies problems with neuro deficit
        - Denies problems with psych/social
        - Pain – no
    - Problem List as of 7/30/2025:
        - Alteration in comfort; pain
        - Anxiety
        - Ineffective coping
        - Neck pain
        - Overweight
        - Psoriasis
        - Suicide risk
    - Diagnoses:
        - Overweight
    - Ann Nescille Sison, RN – 7/23/2025:
        - Pending CSU appointment – 8/1/2025:
            - Eczema on bilateral hands, knees, and arms
    - Tatiana Aroussi, RN – 7/21/2025:
        - Mode of Arrival – ambulatory
        - Reason for Interaction with Patient – assessment – shift
        - Interventions:
            - Placed on MD line – rash; bilateral knees infection
    - Joie Chapman, RN – 7/4/2025:
        - Objective Assessment:
            - General – exhibits symptoms or observation noted
            - Psych/Social – problem
            - Pain – no
        - Psycho/Social:
            - Normal eye contact
            - Alert level of consciousness
            - Intact memory

        - Appropriate speech
        - Appropriate thought content
        - No delusions
        - Denies any hallucinations
        - Attitude – cooperative
        - Motor behavior – appropriate
        - Appropriate behavior
        - Denies suicidality
    - Education/Discharge Planning:
        - Barriers to learning – language barrier
- Josephine Tamula, RN – 6/16/2025:
    - Clinical Interventions:
        - Patient is requesting for Melatonin; having trouble with sleep
- Elaine Realon, RN – 6/8/2025:
    - Clinical Interventions:
        - Ordered – COVID test
        - Awake and alert
        - Good eye contact
        - Able to answer questions appropriately
        - No distress noted at this time
- Francis Raytony Go, RN – 6/7/2025:
    - Mode of Arrival CHS – ambulatory
    - Miscellaneous Notes:
        - Patient left the facility via a radio car
        - Escorted by Deputy Rodriguez & Deputy Torres
- Millicent Kim, RN – 6/6/2025:
    - Mode of Arrival CHS – ambulatory
    - Vitals/Height/Weight/Pain:
        - Numeric Rating Score – 8
    - Objective Assessment:
        - General:
            - Exhibits symptoms or observation noted

                - Neuro Deficit:
                    - Problem
                - Psych/Social:
                    - Denies problem
                - Pain – yes
                - Pain Assessment Detail – yes
                - No diabetes
            - Neurological:
                - No history of neurological conditions
                - Cooperative and clam
                - Oriented to person, place, and time
                - Level of consciousness – alert & awake
                - Subjective neuro complaints – denies
                - Hand grips:
                    - Equal; strong bilaterally
                - Foot strength:
                    - Equal; strong bilaterally
                - Normal reflexes
                - No speech impairment
                - Coma Scale Total – 15:
                    - Coma Scale best verbal response – oriented and converses
                    - Coma Scale best motor response – obeys verbal commands
            - Pain Assessment:
                - Location – leg
                - Laterality – right
                - Quality – aching
                - Time pattern – constant
                - Numeric rating at rest – 6
                - Numeric rating with activity – 8
            - Pain Assessment Detail:
                - Medications interventions implemented
        - Agnes Aldea, RN – 5/8/2025:

        - Clinical Interaction:
            - Current Patient Location – TTCF
            - Reason for Interaction with Patient – custody request med no go
    - Herlinda Aguirre, RN – 5/1/2025:
        - Clinical Interaction:
            - Current Patient Location – White Memorial MC 4 North
            - Reason for Interaction with Patient – Discharge Planning
    - Christine Delao, RN – 4/25/2025:
        - Clinical Interaction:
            - Current Patient Location – TTCF
            - Reason for Interaction with Patient – Assessment – Shift
            - Interventions:
                - Diaphoretic
                - Patient appeared weak; could not stand or walk without assistance
- Medical/Mental Health Screening – Text:
    - Minjeong Song, RN – 4/22/2025:
        - Language/Interpretation Needs:
            - Interpreter used; Russian
        - Health Screening:
            - Mental behavior – restless; calm
            - Alert and oriented to time, person, place, and purpose
            - Patient is agreeable to MMH screening
        - Subjective:
            - Does have current medical problems
        - Active Problems:
            - Neck pain
        - Vitals/Height/Weight/Pain – CHS:
            - Pain present – yes
            - Numeric Rating with Activity – 3
        - Male Mental Health Referral – expedite:
            - Reports SI at arrest, booking, or at reception center
- Measurements:

    - Body Mass Index measured – 27.59
    - BMI – overweight
- Vital Signs
- Pain:
    - Please note – these records have various dates & times; starting from May 16th, 2025 to July 30th, 2025
    - Numeric rating – varies; see specific dates
    - Pain Tools:
        - ED pain medication administration follow-up; Acetaminophen
    - Primary Pain Assessment:
        - Location – leg
            - Laterality – right
            - Time pattern – constant
            - Quality – aching
        - Location – back
            - Laterality – right
            - Time pattern – intermittent
            - Quality – aching
        - Location – generalized
    - Pain Interventions:
        - Procedure – Pharmacological Therapy – oral analgesic
- Cardiovascular:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to May 24th, 2025
- General:
    - Symptoms: psoriasis – bilateral elbow and knees
    - Assessment Type – baseline/initial assessment
- Respiratory:
    - Denies shortness of breath at rest
    - Please note – these records have various dates & times; starting from April 22nd, 2025 to July 30th, 2025
- Gastrointestinal:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to July 30th, 2025

- Genitourinary:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to May 24th, 2025
- Musculoskeletal:
    - Range of Motion Assessment – active
- Integumentary:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to July 30th, 2025
    - Skin Integrity General:
        - Mild patches of eczema; arms and legs
- Neurological:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to July 4th, 2025
    - Neurological Assessment – 7/4/2025:
        - Level of consciousness – alert
    - 5/24/2025:
        - Neurological symptoms – none
        - Level of consciousness – alert
        - Orientation assessment – oriented x 3
        - Neurological assessment fluent – yes; able to speak in full sentences
        - Able to follow all commands
    - 5/23/2025:
        - Neurological symptoms – none
        - Level of consciousness – alert
        - Orientation assessment – oriented x 3
    - 5/22/2025:
        - Neurological symptoms – none
        - Level of consciousness – alert
        - Facial symmetry – symmetric
        - Orientation assessment – oriented x 3
    - 5/21/2025:
        - Neurological symptoms – none
        - Extremity movement – full extremities movement

- Neuromuscular/Extremities Assessment

- Falls Information:
    - Environmental Safety Management:
        - Please note – these records have various dates & times; starting from May 15th, 2025 to May 24th, 2025
    - Fall Risk Scale Morse:
        - No falls within the last 3 months
        - Presence of secondary diagnosis morse – yes
        - No use of ambulatory aid
        - Mental status fall risk – oriented to own ability
        - Morse Fall Risk Score – 15
- Psychosocial:
    - Suicide Risk Assessment:
        - Suicidal ideation – none
    - Psychological Functions:
        - Please note – these records have various dates & times:
            - Calm affect; cooperative behavior mental
            - Appropriate behavior
            - Appropriate appearance
            - No disturbance with mood
            - Memory – intact
        - 5/19/2025:
            - Broad and calm affect
            - Behavior – cooperative & appropriate
            - No disturbance with mood
            - Intact memory
            - No problems with speech
            - Oriented x 3
            - Interacts on approach with staff
- Restraints Information:
    - Please note – these records have various dates & times; starting from May 15th, 2025 to May 18th, 2025
- Functional:

- Independent with his ADLs
- No sensory deficits noted

- Activities of Daily Living:
  - Activity Status ADL – ambulating or resting in bed (varies by date & time)
  - Regular diet type
  - Hygiene:
    - Able to verbalize his needs
    - Uses the commode by himself
  - ADL Evaluation Index:
    - Bed Mobility Assistance – independent
- Nutritional:
  - Integumentary Nutrition – 5/15/2025:
    - Mild patches of eczema – to arms and legs
- Rehabilitation Services
- Education:
  - Barriers to Learning – language barrier
  - ED-Suicide Prevent Community Resources – other: speaks Russian
  - Teaching Method – explanation
  - 5/17/2025 – Barriers to Learning:
    - Desire/Motivation
    - Language barrier
- Psychiatry:
  - Consult-Inpatient – 5/19/2025; Douglas Murai Greenblatt, MD:
    - Legal:
      - Arrested on 4/17/2025 for ADW w/ FA
    - New Medical Issues/Complaints:
      - Acute encephalopathy
      - Bilateral leg weakness
      - Jaw rigidity; improved
      - Work-up obtained at OSH White Memorial Hospital
      - Lumbar puncture obtained without significant findings – meningitis or encephalitis
      - CT of the brain – no acute infarct, hemorrhage, or mass

        - MRI of the brain & neck – without acute infarct
        - EEG – without seizures
        - Patient has been cleared by neurology
        - Likely in setting of Schizophrenia/Unspecified Psychosis
    - Mental Status Exam:
        - Appears anxious
        - Easily engaged
        - Speech – WNL
        - Denies auditory or visual hallucinations
        - Denies SI or HI
        - Alert and oriented x 4
        - Sensorium – clear
    - Assessment & Plan:
        - Acute encephalopathy – resolved
        - SIPD resolved
        - Anxiety NOS
        - Opioid dep
        - Rule Out PSD
        - Continue legal status
        - Decrease Olanzapine 10 mg
        - Drop P2; f/u 90 days or PRN
- CTC Psych Consult MH Initial Assessment – 5/17/2025; Marquis Gardner-Nutter, PsyD:
    - Reason for Referral:
        - Currently on P3/HOH housing level of care with safety precautions
    - Diagnosis (Provisional):
        - F43.23 – Adjustment Disorder with Mixed Anxiety and Depressed Mood
        - r/o F29 – Unspecified Schizophrenia Spectrum and Other Psychotic Disorders
    - Assessment:
        - Patient does not present in acute distress at this time
        - Was not deemed a current risk of harm to himself or others during the assessment

                - Safety precautions do not appear warranted at this time
            - Mental Health Level of Care:
                - Maintain P3/HOH level of care
        - CTC Psych Consult – Court Clearance – 5/16/2025; Marquis Gardner-Nutter, PsyD:
            - Assessment:
                - Patient does not present in acute distress at this time
                - Was not deemed a current risk of harm to himself or others during the assessment
                - Ongoing monitoring and safety precautions necessary, due to inconsistent reports regarding SI as well as chronic risk factors present
        - Psych Outpatient Progress Note – 7/8/2025; Christine Briones, PSW:
            - Findings/Plan/Disposition:
                - He was last seen by a mental health psychiatrist on 6/6/2025
                - Psych line pending; being scheduled to be seen with a psychiatrist
        - Psych Outpatient Progress Note – 5/8/2025; Ana Ortega, PSW:
            - Patient continues to be at White Memorial per the deputy
            - Clinical will meet with him once he returns
        - Psych Outpatient Progress Note – 5/1/2025; Ana Ortega, PSW:
            - Patient continues to be at White Memorial per the deputy
        - Psych Outpatient Progress Note – 4/30/2025; Ana Ortega, PSW:
            - Same as previously reported above
            - Client has a court hearing – 5/8/2025
            - Overall non-compliant with his psychiatric medications
        - Psych Outpatient Progress Note – 4/24/2025; Alexander Shibata, PSW
        - Psych Outpatient Progress Note – 5/20/2025; Racquel Ngor, RN:
            - PLOC has been downgraded to a P2 from P3
            - Current psych medication – Olanzapine 15 mg
        - Therapeutic Intervention/Group Progress Note – 5/15/2025 as well as various dates (same as previously reported above); Shay Taylor
        - Psych Brief MD Assessment – 7/7/2025; Ferdows Zahed Ather, MD:
            - Telepsych Follow-up Note:
                - Current Medications:

- Diphenhydramine 50 mg nightly
- Escitalopram 10 mg nightly

- Reason for Referral:
    - He is complaining that he is suffering from lack of sleep
- Objective:
    - Mental Status:
        - Cooperative and calm
        - Speech is normal
        - No abnormal motor activity
        - Mood – "okay"
        - Restricted range of affect
        - Denies SI & HI
- Diagnoses:
    - Adjustment Disorder, persistent (chronic), with mixed anxiety and depressed mood
    - Rule Out Unspecified Schizophrenia Spectrum and Other Psychotic Disorder
- Psychiatry Treatment Plan:
    - Medications:
        - Thorazine 50 mg
        - Mirtazapine 15 mg
        - Benadryl 50 mg
        - Melatonin 5 mg
- In-House Management: P-level = 2

- Psych Brief MD Assessment – 6/6/2025; Nelson Katindo, MD:
    - Mental Status Exam:
        - Calm and cooperative behavior
        - Good social reciprocity
        - No abnormal movements noted
        - Steady gait
        - Denies SI/HI
        - No delusions
        - Reports his mood to be anxious and depressed

- Observed as dysphoric
- Patient was tearful
- Alert and oriented x 4
- Memory – grossly intact
- AIMS – 0

- Assessment & Plan:
  - Overweight
- Diagnoses:
  - Concern for adjustment disorder with mixed depression and anxiety
  - Rule Out Major Depressive Disorder
  - Generalized Anxiety Disorder with panic attacks
- Plan/Disposition:
  - Discontinue Zyprexa
  - Start on Lexapro 10 mg for depression and anxiety
  - Start on Benadryl 50 mg for sleep
- Suicide Risk Assessment:
  - Acute risk – low
  - However, please note that he is at an elevated chronic risk given his history of mental illness, history of SI, as well as current incarceration

- Psych Brief MD Assessment – 4/22/2025; Brock Summers, MD:
  - HPI:
    - Currently housed – I123-D 008U
  - Past Psychiatric History:
    - Denies history of IP psych hosp
    - Denies history of s/a or SIB
    - History of unknown psych med
    - Denied alcohol or drugs
  - Assessment:
    - Diagnosis:
      - Unspecified psychosis and unspecified mood (affective) disorder
      - Rule out substance induced psychosis and mood disorder

        - Level of Care:
            - P-level: P3 (unchanged) HOH Low Risk
        - Follow-up with psychiatrist:
            - Psychiatry referral routine (CHS)

- CHS Psych:
    - 4/22/2025; Brock Summers, MD:
        - Allowable Inmate Property:
            - Reason for Property Restrictions:
                - Reported SI earlier; cannot guarantee safety
    - Mental Health eDar Contact Form – 7/8/2025; Christine Briones, PSW:
        - New P-level: P2
    - Mental Health eDar Contact Form – 5/17/2025; Marquis Gardner-Nutter:
        - New P-level: P3
    - Mental Health eDar Contact Form – 4/24/2024; Alexander Shibata, PSW:
        - Level of Care/DISPO: P3
        - MH Encounter Type: FOP Initial Assessment
    - Mental Health eDar Contact Form – 4/24/2024; Gualberto Gonzalez:
        - Level of Care/DISPO: P3
        - MH Encounter Type: Release Planning Follow-Up
    - Mental Health eDar Contact Form – 4/22/2024; Daisy Banuelos Zaragoza:
        - Level of Care/DISPO: P3
        - MH Encounter Type: IRC Intake
    - Psych Level of Care Assessment – 5/19/2025; Douglas Murai Greenblatt:
        - P-Level: P2
    - Psych Level of Care Assessment – 5/17/2025; Marquis Gardner-Nutter:
        - P-Level: P3
    - Psych Level of Care Assessment – 4/22/2025; Daisy Banuelos Zaragoza:
        - P-Level: P3
- Follow-Up Suicide Risk Assessment – Text:
    - 5/19/2025 – Douglas Murai Greenblatt:
        - P-Level: P2
        - Overall Risk Level for Suicide – low risk

        - Housing Recommendation – MOH
    - Allowable Inmate Property – 5/17/2025; Marquis Gardner-Nutter:
        - Reason for Property Restrictions:
            - Safety precaution discontinued
- MH Assignment – Release Planning Services:
    - 5/20/2025 – Discharge Planning; Gualberto Gonzalez:
        - Release Planning Assignment Status – inactive
    - 4/24/2025 – Discharge Planning; Gualberto Gonzalez:
        - Release Planning Assignment Status – active
- Health Service Request:
    - Los Angeles County Correctional Health Services; Health Service Request (HSR) Forms:
        - Please note – dates ranging from 6/6/2025 to 7/27/2025
- Outside Medical Records:
    - 5/1/2025 – Hospital Admission Summary Report; White Memorial Medical Center; Herlinda Aguirre, RN:
        - Diagnosis:
            - Altered mental status
            - Encephalopathy, acute (ruled out)
            - Bilateral leg weakness
            - Jaw rigidity; improved
            - Unspecified psychosis
            - Rule Out Schizophrenia
            - Fever – resolved
            - Leukocytosis – resolved
    - Adventist Health; White Memorial Medical Center; Continuum of Care; Social Work/Case Management Department – 4/30/2025
    - Order Sheet – 4/29/2025; Zane Boerner, MD:
        - Patient is stable for discharge
        - Discharge the patient to law enforcement psych ward
    - Discharge Summary – Final Report; 4/30/2025; Arvind Ravinutala, MD:
        - Reason for Admission:
            - Encephalopathy

- Final Diagnoses:
    - Altered mental status, unspecified – R41.82
    - Encephalopathy, unspecified – G93.40
- Images:
    - Report – Examination of the Abdomen 1 Vw; 4/27/2025; Juan Esteva:
        - Impression:
            - Non-obstructed gas pattern
    - Report – Examination of the Pelvis 1 Vw; 4/27/2025; Juan Esteva
        - Impression:
            - No fracture or dislocation
            - No metallic foreign body identified
    - Report – Examination of the Tibia/Fibula Bilateral; 4/27/2025; Juan Esteva
        - Impression:
            - No fracture or dislocation
    - Report – Examination of the Chest 1 Vw; 4/25/2025; Juan Esteva
        - Clinical History:
            - Leukocytosis
            - Pain
        - Impression:
            - No acute disease of chest
    - Report – Examination of the Humerus Lt Ltd 1 Vw; 4/27/2025; Juan Esteva
        - Impression:
            - No fracture or dislocation
    - Report – Examination of the Humerus Rt Ltd 1 Vw; 4/27/2025; Juan Esteva
        - Impression:
            - No fracture or dislocation
    - Report – Examination of the Femur Bilat 1 Vw; 4/27/2025; Juan Esteva
        - Impression:
            - No fracture or dislocation

- Computerized Tomography:
  - Report – CT Brain Without Contrast; 4/25/2025; Juan Esteva
    - Clinical History:
      - Altered mental status
    - Impression:
      - No acute infarct, hemorrhage, or mass lesion
  - Report – US Abdomen Ltd; 4/25/2025; Juan Esteva
    - Clinical History:
      - Liver disease
    - Impression:
      - Enlarged fatty liver
      - Otherwise remarkable right upper quadrant abdominal ultrasound
  - Report – Bilateral lower extremity arterial Doppler ultrasound; 4/25/2025; Juan Esteva
    - Impression:
      - No hemodynamically significant stenosis or occlusion identified
  - Report – Deep Vein Thrombosis (DVT); 4/25/2025; Juan Esteva
    - Impression:
      - No ultrasonographic evidence of deep venous thrombosis in LE
- Magnetic Resonance Imaging:
  - Report – MRI Brain Without Contrast; 4/27/2025; Juan Esteva
    - Clinical History:
      - Meningitis
      - Altered level of consciousness
    - Impression:
      - No acute infarct, hemorrhage, or mass lesion
  - Report – MRI Cervical Spine Without Contrast; 4/27/2025; Juan Esteva
    - Impression:
      - Disc and facet joint degenerative changes with multilevel stenosis

- Post-surgical changes consistent with C5-C6 anterior fusion
- Grade 1 C4-5 spondylolisthesis

- Discharge Plan:
  - Acute encephalopathy
  - Bilateral leg weakness
  - Jaw rigidity; improved
  - Unspecified psychosis
  - Rule Out Schizophrenia
  - Fever – resolved
  - Leukocytosis – resolved
  - History of MVA
  - Pedal edema – resolved
- Patient Discharge Condition:
  - Stable
- Discharge Disposition/Location:
  - 4/29/2025; law enforcement

- Adventist Health; White Memorial Medical Center; Continuum of Care; Social Work/Case Management Department – 5/1/2025
- Adventist Health White Memorial; AH Rounds Report – 5/1/2025; Paulita Boyles, RN:
  - Problems:
    - Activity intolerance
    - Anticoagulant monitoring
    - Fall risk
    - Readiness for discharge
    - Seizure
    - Self-care; oral hygiene
    - Skin integrity at risk
- Order Sheet – 4/29/2025; Zane Boerner, MD:
  - Same as previously reported above
- Order Sheet – 4/30/2025; Zane Boerner, MD:
  - Regular Diet

        - Patient is on SI precautions
- Physical Therapy Evaluation Document – Revised – 4/28/2025; Salvador Espinoza, PT:
    - Medical Diagnosis/Surgical Procedure – AMS
    - Mobility:
        - Patient used a front-wheeled walker
    - Boston University AM-PAC Basic Mobility SF:
        - Raw score basic mobility – 18
    - Assessment:
        - PT rehabilitation potential – excellent
    - Functional training barriers to progress – none
    - Physical Therapy Treatment Diagnosis:
        - Impaired gait and mobility
    - Plan:
        - PT planned intervention frequency – 3 times per week
        - PT planned intervention duration – 2 weeks
- Speech/Cognitive/Swallow Interventions – 4/30/2025; Robert Benitez, SLP:
    - Recommendations:
        - Upgrade to regular textures and thin liquids
        - Whole pills okay presented one by one
        - HOB placed upright
        - Alert and awake
- Adventist Health; White Memorial Medical Center; Continuum of Care; Social Work/Case Management Department – 4/29/2025
- Order Sheet – 4/29/2025; Zane Boerner, MD:
    - Same as previously reported above
- Behavioral Health Consultation – Preliminary Report – 4/28/2025; Michael Hernandez, MD:
    - Psychiatric History:
        - Apparently remarkable for having been prescribed with Zyprexa
    - Family Psychiatric History – unclear
    - Diagnostic Impression:
        - Unspecified Psychosis

        - Rule Out Schizophrenia
- Discharge Summary – Preliminary Report – 4/29/2025; Zane Boerner, MD:
    - Final Diagnosis:
        - Altered mental status, unspecified – R41.82
        - Encephalopathy, unspecified – G93.40
    - Imaging Reports:
        - Same as previously reported above
    - Discharge Plan:
        - Same as previously reported above
    - Discharge Details:
        - Follow-Up Plans:
            - Discharge to law enforcement psych ward
        - Discharge Activity:
            - As tolerated
- Interactive View Print Request – 4/29/2025; Desiree Paras
- Flowsheet Print Request – 4/29/2025; Desiree Paras
- Adventist Health; White Memorial Medical Center; Continuum of Care; Social Work/Case Management Department – 4/30/2025
- Discharge Summary – Preliminary Report – 4/29/2025; Zane Boerner, MD:
    - Duplicate copy of preliminary report; please see previously reported above
- Adventist Health; White Memorial Medical Center; Continuum of Care; Social Work/Case Management Department – 4/28/2025
- Adventist Health; Adventist Health White Memorial – 4/25/2025; Physician Face Sheet:
    - Patient's Current Address:

        Twin Towers Correctional Facility – Los Angeles, California
    - Carrier 1:
        - LA CO Sheriff's Dept in custody
- Order Sheet – 4/25/2025; David Minh Lam, DO; Admission Status
- Adventist Health White Memorial; AH Rounds Report – 4/28/2025; Paulita Boyles, RN:
    - Problems:
        - Fall risk
        - Readiness for discharge

        - Seizure
        - Self-care; oral hygiene
        - Skin integrity at risk
- History and Physical Examination – Final Report – 4/25/2025; David Minh Lam, DO:
    - Past Medical History:
        - Unknown
    - Physical Exam:
        - Neurological:
            - Normal sensory exam
            - Reflexes 2+ throughout
            - On initial exam, he was unable to move his legs, but was seen spontaneously moving legs during US exam
    - Assessment & Plan:
        - Acute encephalopathy
        - Bilateral leg weakness
        - Jaw rigidity
        - Pedal edema
        - Psychiatric history:
            - Received "home medication" of Zyprexa while he was incarcerated
            - Not verbalizing his medical history this time
            - He discussed with the attending, Dr. Lam, per Dr. Zane Boerner
- Consultation – Final Report – 4/26/2025; Jennifer Anotado, NP:
    - Assessment & Plan:
        - Altered mental status
        - Encephalopathy
        - Meningitis ruled out
- Progress Note – Final Report – 4/28/2025; Zane Boerner, MD:
    - Attending Attestation and/or Time Spent:
        - Acute encephalopathy
        - Bilateral leg weakness
        - Jaw rigidity; improved

- Fever – resolved
- Leukocytosis – resolved
- History of MVA
- Pedal edema – resolved
- Reported psychiatric history

- Progress Note – Final Report – 4/27/2025; Antonio Liu, MD:
  - Assessment & Plan:
    - Acute encephalopathy
    - Encephalopathy
- Progress Note – Final Report – 4/27/2025; Zane Boerner, MD:
  - Duplicate copy of final report; please see previously reported above
- Speech/Cognitive/Swallow Interventions – 4/27/2025; Isabel Craik, SLP:
  - Recommendations:
    - IDDSI4 Puree with IDDSI 0 thin liquids
    - 100% assistance, aspiration precautions
    - SLP to follow RN aware
- Speech/Cognitive/Swallow Interventions – 4/27/2025; Isabel Craik, SLP:
  - Duplicate copy/information; please see previously reported above
- Adventist Health; Adventist Health White Memorial – 4/25/2025; Physician Face Sheet
  - Two duplicate copies/information; please see previously reported above
- Hospitalist Progress Note – Final Report – 5/11/2025; David Minh Lam, DO:
  - Assessment & Plan:
    - Acute encephalopathy, resolved
    - Bilateral leg weakness, resolved
    - Unspecified Psychosis; improved
    - R/O Schizophrenia
    - Fever - resolved
    - Leukocytosis – resolved
    - Reported history of MVA
    - Pedal edema – resolved
- Physical Therapy Discharge Summary – 5/9/2025
- Discharge Summary – Final Report – 4/25/2025; Arvind Ravinutala, MD

- Adventist Health White Memorial; AH Rounds Report – 5/15/2025
- Adventist Health White Memorial; AH Rounds Report – 5/15/2025; Paulita Boyles, RN:
- Progress Note – Final Report – May 15th, 2025; Jacqueline Dulanto, MD
- Order Sheet – 4/29/2025
- Discharge Summary – Final Report – May 14th, 2025; Arvind Ravinutala, MD
- County of Los Angeles Fire Department – 4/21/2025; Angel Bontigao:
  - Anticipated ongoing medical needs:
    - Stay hydrated
    - May consult with a dermatologist for dermatitis
- Los Angeles County Unified; Arrestee Medical Screening Form – 4/17/2025; Hawthorne PD:
  - Booking Number #7004346

- Health Service Request:
  - Los Angeles County Correctional Health Services; Health Services Request (HSR) Form – 6/29/2025
  - Los Angeles County Correctional Health Services; Health Services Request (HSR) Form – 6/20/2025

**Medical and Developmental History:**

Physical Trauma:

He experienced a head trauma in 2022 when he was involved in a motor vehicle accident. During this vehicle accident, his friend who was driving suffered major injuries, which he eventually succumbed to. The car had rolled over many times during this car crash. Mr. Mamuchiev used his own money to send his friend to Turkey for better medical care because he was not being properly treated in Russia. His friend's death in the accident became very emotionally traumatic for him. Mr. Mamuchiev was already dealing with the physical issues but he also had to deal with the psychological trauma.

Another event he experienced was when he was 13 years of age when his mother had passed away. He was raised by his paternal grandfather and grandmother. He lacked a mother figure and a father figure as his father moved on and started his new family. Mr. Mamuchiev had to raise his two younger sisters. He helped provide for them as well which was very difficult.

The above events contribute to his mental health conditions. These conditions impact the way he adapts to life and functions, on a day to day basis.

Mr. Mamuchiev lost consciousness in 2018 when he was involved in a physical altercation (This was four years prior to his motor vehicle accident). He was struck by another person when he lost consciousness. In 2022, he had a metal implant in his neck/spine area. This has been very painful for him. As a result of his accident above, he suffered from seizures based on his report and the records.

**Relevant History:**

Mr. Mamuchiev was born in Russia and speaks Russian and English, but his English is very poor. He is married with two children. He married in 2013 and has one son who is five-years-old and a daughter who is three-years-old. His family lives in Russia. His occupation is a truck driver. In Russia, he worked also as a business owner in the trucking business. He was also working in construction. Mr. Mamuchiev states he earned 3 degrees, one of which is a Juris Doctor (JD), but he never practiced. He also has a degree in Finance as well as in Social Work. This current interview required translation.

**Psychiatric History:**

Mr. Mamuchiev suffers from schizophrenia and bipolar disorder. He is on two medications, one of which was tramadol. The medication was started at Men's Central Jail (MCJ), but has not been continued while he has been at Pitches's Detention Center, in Castaic, California. He often experiences hearing voices generally, and they are commands. He reports it is difficult to understand the voices however, they have been telling him to perform "very odd and peculiar things". The client's psychosis was long standing, which existed prior to this incarceration. In addition to the psychosis, Mr. Mamuchiev is suffering from panic and anxiety symptoms. He is also suffering from major depression as well.

**Substance Use History:**

Mr. Mamuchiev does not use tobacco. He does not use any illicit drugs or cannabis. He is not currently drinking alcohol. In fact, he states that he does not drink.

**Medications List:**

Two medications:

- Tramadol

**Behavioral Observations:**

The client was very cooperative with the examination. Translation was provided from Russian to English.

**Summary and Recommendations:**

Mr. Kieurmanbi Mamuchiev is a 34 year old married Russian national who was requested for an evaluation of his current psychological functioning.

Mr. Mamuchiev suffers from a mental disorder as identified in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, including, but not limited to, Complex Post Traumatic Stress Disorder as seen with the above testing. He also has a history for head trauma with documentation and medical history (Mild Neurocognitive Disorder due to TBI). There were both medical reports and his own recollection of the events. He currently suffers from Major Depressive Disorder with mood changes.

As a neuropsychologist, I opine that a defendant suffers from a qualifying disorder as I evaluated the client, reviewed translated medical records, reviewed arrest reports, or any other relevant evidence that were provided. The symptoms and his records corroborate with the diagnosis for Mild Neurocognitive Disorder due to TBI (Closed craniocerebral injury/left parietal lobe), Major Depressive Disorder, Schizophrenia, and Bipolar Disorder. He has had long history for psychological disturbance and the details are stated.

According to the medical records, he was admitted in 2022 for a closed craniocerebral injury, moderate brain contusion, and contusion-hemorrhagic focus of the left parietal lobe after suffering a motor vehicle accident. He continued to have reported residual cognitive and psychiatric issues.

When he was at the Men's Central Jail (MCJ) he was prescribed Chlorpromazine 50 mg, Melatonin 5 mg, Mirtazapine 15 mg, Diphenhydramine 50 mg, Escitalopram 10 mg, Olanzapine 15 mg. He also had other non psychotropic medications.

His county records clearly indicated he was diagnosed with Schizophrenia, unspecific psychosis not due to substance use or known physiological conditions. He has other related diagnoses as well including acute encephalopathy which likely relates to his TBI. Since being at Pitchess Detention Center, Mr. Kieurmanbi Mamuchiev stated that he has not had access to his mediations.

It is in my opinion that the defendant's sequelae of current cognitive and psychiatric issues are due to

(1) The motor vehicle accident which resulted in a closed craniocerebral injury, mild neurocognitive disorder due to traumatic brain injury. This is well documented by his own report and also by the diagnosis made according to the medical records. Mr. Kieurmanbi suffered a true car accident.

(2) Bipolar Disorder and Schizophrenia were a significant factor in the commission of the charged offense as well. This diagnosis was noted in the county medical records. His clinical interview and the records along with the medications he was taking all support this diagnosis. Chlorpromazine 50 mg, Melatonin 5 mg, Mirtazapine 15 mg, Diphenhydramine 50 mg, Escitalopram 10 mg, Olanzapine 15 mg.

(3) Mr. Mamuchiev needs to get back on his medications.

In the opinion of this qualified mental health evaluation, the defendant's symptoms of the mental disorder motivating the criminal behavior would respond to mental health treatment. He developed paranoia and the paranoia led to his unexplained behaviors.

My recommendation is for the client:

(A) Mr. Mamuchiev to receive psychiatric medications for the symptoms related to the diseases above. Once the symptoms are better managed, he can receive psychological re-assessment. Mr. Mamuchiev stated he was previously receiving medication at a different holding location. He is recommended to return to that facility for the treatment recommended.

(B) The future plan will be for him to come into this office for psychological treatment and receiving county assistance for psychiatric care.

Given the interview of the client, review of records, and psychological evaluation, it is the opinion of this examiner that Mr Mamuchiev suffers from a mental disorder as identified in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, including, but not limited to, Neurocognitive Disorder and Schizophrenia.

With the mental health evaluation as a clinical psychologist, I opine that a defendant suffers from a qualifying disorder as I evaluated the client, reviewed medical records, reviewed arrest reports, or any other relevant evidence that were provided. The symptoms and his records corroborate with the diagnoses of (1) Bipolar Disorder, (2) Schizophrenia, (3) depression (4) Major Neurocognitive Disorder.

**Whether the defendant's mental disorder was a significant factor in the commission of the charged event.**

It is in my opinion that the defendant's mental disorder was a significant factor in the commission of the charged offense. His past head injury continues to be a clinical issue for him to function appropriately in society. Without treatment, it does not appear Mr. Mamuchiev will be able to appropriately function in society without the proper standard treatment for the above psychiatric and medical conditions. Coupled with the aforementioned, he suffers from a psychiatric disorder, Schizophrenia and Bipolar Disorder. Without proper pharmacological intervention in an approved facility, Mr. Mamuchiev will have a difficult time reaching his prior state and premorbid levels.

**Whether the defendant's symptoms motivating the criminal behavior would respond to mental health treatment.**

In the opinion of this qualified mental health evaluation, the defendant's symptoms of the mental disorder motivating the criminal behavior would respond to empirically validated mental health treatment. Individuals who are compliant with medication(s) treatment and who have established a therapeutic medication level will generally function adequately (1) medication, (2) intensive psychological treatment.

Medication and pharmacological treatment can be obtained in the community through community mental health facilities. These facilities include:

(1) Edelman Mental Health at 5860 Uplander Way, Culver City, CA 90230, Phone: (310) 966-6500

(2) Didi Hirsch Mental Health at 760 Sepulveda Blvd, Culver City, CA 90230 Phone: (310) 390-6612

(3) South Bay Mental Health 1045 W Redondo Beach Blvd, Gardena, CA 90247 Phone: (323) 241-6730

(4) Exodus Mental Health at 8515 S Vermont Ave, Los Angeles, CA 90044 Phone: (323) 413-5873

Intensive Psychological Services can be obtained through my office on a Fee-For-Service Plan. A periodic written psychological progress report will be provided to the court.

Community programs would "meet the specialized treatment needs of the defendant," as noted in PC 1001.36.

**Whether the defendant agrees to comply with treatment as a condition of diversion.**

In an intensive consultation with the client/defendant, this qualified health expert feels treatment can be afforded to him outside the confines of a locked facility such as the monitored programs.

Mr. Mamuchiev expressed full desire to enroll in a diversion mental program. He would like to be stable on his medications and continue to function in the community living with these comprehensive services only available in the community. Currently, in his facility, he is not receiving mental health services. When he was on the medications, he was psychologically stable. It is also in the belief of this mental health provider that if not therapeutically stable, there is concern for adequate mental health functions.

**Whether the defendant will pose an unreasonable risk of danger to public safety, as defined in PC 1170.18, if treated in the community.**

The mental health professional is satisfied that Mr. Mamuchiev, the defendant, will not pose a danger to society if not locked up and incarcerated. We have a clinical and treatment plan in place. Given the opportunity to remain outside of jail confinement, he will be receiving the ideal treatment modality and up-to-date treatment and assessment to address these debilitating conditions.

Respectfully Submitted,

Johnny H. Wen

Johnny H. Wen, Ph.D.
Clinical Neuropsychologist
Psychology License 20796

ADDENDUM: Treatment plan for Mr. Kieurmanbi Mamuchiev

**September 2025**

Week 1 Meet 2 x a week, 110 minutes

Week 2 Meet 2 x a week, 110 minutes

Week 3 Meet 2 x a week, 110 minutes

Week 4 Meet 2 x a week, 110 minutes

**October 2025**

Week 1 Meet 2 x a week, 110 minutes

Week 2 Meet 2 x a week, 110 minutes

Week 3 Meet 2 x a week, 110 minutes

Week 4 Meet 2 x a week, 110 minutes

**November 2025**

Week 1 Meet 2 x a week, 110 minutes

Week 2 Meet 2 x a week, 110 minutes

Week 3 Meet 2 x a week, 110 minutes

Week 4 Meet 2 x a week, 110 minutes

**December 2025**

Week 1 Meet 2 x a week, 110 minutes

Week 2 Meet 2 x a week, 110 minutes

Week 3 Meet 2 x a week, 110 minutes

Week 4 Meet 2 x a week, 110 minutes

## Treatment Modality/Goals:

The client will receive cognitive behavioral intervention during these scheduled times. Appointments are prescheduled and attendance is mandatory. In person meetings only for the first quarter.

It is a structured, goal-oriented approach that focuses on presenting problems and teaches practical skills to manage mental health conditions and emotional concerns.

I. Intake Interview, Introduction to Psychological Services and Assessment of Axis I and Axis II Disorders

II. Psychological Assessment and Testing
Use of the MMPI and PAI after intake to quantify problem areas
This appointment will likely be 4 hours in duration.

III. Psychotherapy, eclectic therapy combined with cognitive behavioral therapy.
Defining issues, techniques based on behavioral therapy in treatment for psychosis, schizophrenia.

Psychotherapy that helps individuals identify and change negative or unhelpful thinking patterns and behaviors. Structured, goal-oriented approach that focuses on present-day problems and teaches practical skills to manage mental health conditions and emotional concerns.

Family systems, homeostasis, equifinality, wholeness, and Circularity.

Commitment and spiritual wellness, communication, symptom awareness

Socioeconomic factors and cultural influences

Healthy Functioning, therapeutic process, behavioral model towards chronic mental health conditions.

IV. Use of community resources, community programs such as California Medi-Cal System for services that may be needed including financial. Help client with social aspects so he can connect with the community.

V. If affordable, Center for NeuroSkills (Treatment center for brain injury, this can be done outpatient out of Encino, California). The Program includes a complex team of medical providers including Speech Therapy.

VI. Work on cessation treatments. Contingency programs

VII. Re-Assessment, psychological post testing.

VIII. Address psychiatry needs, with pharmacological intervention and recommendations will be made

IX. Neuropsychological Assessment, baseline evaluation and provide treatment recommendations to other medical providers.

**Treatment Plan Oncludes**

1. Cognitive Behavioral Intervention/ Family Systems
2. Insight oriented therapy, role playing and engagement
3. Will consider family counseling and involvement, if necessary
4. Psychiatry
5. Neuropsychology provided at baselines and 3 month intervals
6. Neurology consultation

**Target Goals to Achieve:**

1. Mr. Mamuchiev will successfully complete an online drug education program. He will earn a certificate of completion.
2. Mr. Mamuchiev will participate in the cognitive behavioral therapy in the office setting with the schedule planned from July 29, 2025 to November 2025.
3. The new schedule will be provided for December 2025 after successful completion with this program for the four months.
4. Updated psychological report for the court will be provided.
5. If needed which will be determined during the intake and subsequent visits, will will make necessary referrals.
6. Psychiatry appointments and follow up
7. If appropriate, consider Transcranial Magnetic Stimulation (TMS) 25 sessions

Sincerely,

Johnny H. Wen

Johnny Wen, PhD
Clinical Neuropsychologist
Psy CA 20796

HS Correctional Health Services
os Angeles County Sheriff's Department
700 Ramona Blvd
onterey Park, CA 91754-

**Health Services**
LOS ANGELES COUNTY

| | | | |
|---|---|---|---|
| atient: | **KIEURMANBI, MAMUCHIEV** | | |
| RN: | 103126888 | Admit: | 4/17/2025 |
| IN: | 70043465181 | Disch: | |
| OB/Age: | 6/22/1991 34 years | Admitting: | |
| ex on ID: | Male | | |
| ex Assigned at Birth | | | |
| ocation: | NO2-B; 0075 | | |

## Administrative

| | |
|---|---|
| ocument Type: | Coding Summary |
| ervice Date/Time: | 5/27/2025 07:08 PDT |
| esult Status: | Auth (Verified) |
| rform Information: | |
| gn Information: | |

# CODING SUMMARY

Coding Date: 05/27/2025

Coding Status: Final

| | | | | |
|---|---|---|---|---|
| **Patient Name:** KIEURMANBI, MAMUCHIEV | **Birth Date:** 06/22/1991 | **Age:** 33 Years | **Sex:** Male | **Patient Type:** Longterm Maintenance |
| **Physician Name:** Do Valle, Monika | **FIN:** 70043465181(*) | | **MRN:** 103126888(*) | **Payer:** |
| **acility:** CHS Correctional Health Services | **Discharge Disposition:** | | **Admit Date:** 04/17/2025 | **Discharge Date:** |

### GROUPER

| | **Severity of Illness:** | **Risk of Mortality:** | **Low Trim:** | **High Trim:** | **In/Outlier Status:** |
|---|---|---|---|---|---|
| | Minor | Moderate | | | |

| **ode** | **Description** |
|---|---|
| 50 | SCHIZOPHRENIA |

### DIAGNOSIS

| **de** | **POA** | **Description** |
|---|---|---|
| **son for Visit** | | |
| | | Unspecified psychosis not due to a substance or known physiological condition |
| **cipal** | | |

**CHS Correctional Health Services**

| | | | |
|---|---|---|---|
| Patient: | KIEURMANBI, MAMUCHIEV | | |
| MRN: | 103126888 | Admit: | 4/17/2025 |
| FIN: | 70043465181 | Disch: | |
| DOB/Age: | 6/22/1991 34 years | Admitting: | |
| Sex on ID: | Male | | |
| Sex Assigned at Birth | | | |

## *Administrative*

| | | |
|---|---|---|
| F29 | Y | Unspecified psychosis not due to a substance or known physiological condition |
| **Secondary** | | |
| F09 | Y | Unspecified mental disorder due to known physiological condition |
| G93.49 | Y | Other encephalopathy |
| F43.23 | Y | Adjustment disorder with mixed anxiety and depressed mood |
| R29.898 | Y | Other symptoms and signs involving the musculoskeletal system |
| Z87.828 | 1 | Personal history of other (healed) physical injury and trauma |

**PROCEDURE**

NOTE: The code number assigned matches the documented diagnosis and/or procedure in the patient's chart. However, the narrative phrase printed from the coding software may appear abbreviated, or result in slightly different terminology.

Coded By: Liu, Yangfang
Date Saved: 05/27/2025 07:08 am

## *Allergy List*

| Substance: **No Known Allergies**<br>Recorded Date/Time | |
|---|---|
| 4/22/2025 01:30 PDT | **Allergy Type:** Allergy; **Category** Drug; **Reaction Status:** Active; **Information Source:** ; **Reviewed Date/Time:** 4/22/2025 01:30 PDT; **Reviewed By:** Song RN,Minjeong |

## *Discharge Documentation*

| | |
|---|---|
| Document Type: | Discharge Note-Nursing |
| Service Date/Time: | 5/24/2025 15:47 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Lipana RN,Janette (5/24/2025 15:47 PDT) |
| Sign Information: | Lipana RN,Janette (5/24/2025 15:47 PDT) |

Pt was transferred to 5700 accompanied by the booth deputies. Pt is aaox4 without respiratory distress. Pt denied suicidal and homicidal ideation. Pt left the facility at 1525.

**CHS Correctional Health Services**

| | | | |
|---|---|---|---|
| Patient: | KIEURMANBI, MAMUCHIEV | | |
| MRN: | 103126888 | Admit: | 4/17/2025 |
| FIN: | 70043465181 | Disch: | |
| DOB/Age: | 6/22/1991 34 years | Admitting: | |
| Sex on ID: | Male | | |
| Sex Assigned at Birth | | | |

## *Admit-Discharge-Transfer Forms*

**Nursing Discharge Summary Entered On: 05/24/2025 15:45 PDT**
**Performed On: 05/24/2025 15:45 PDT by Lipana RN, Janette**

**DC Information**
*Anticipated Discharge Needs RTF :* Previously Documented Discharge Needs (Read Only)

*Discharged To :* Other: 5700
*Accompanied By :* Law Enforcement
*Mode of Discharge :* Ambulatory
*Adult Discharge Education :* Adult Discharge Education

Lipana RN, Janette - 05/24/2025 15:45 PDT

**Education**
*Responsible Learner(s) :* Living Situation: Law enforcement detention
Performed by: Leslie PT, Todd - 05/21/2025 10:20
*Barriers To Learning :* None evident
*Teaching Method :* Explanation

Lipana RN, Janette - 05/24/2025 15:45 PDT

Post-Hospital Education Adult Grid
*Activity Expectations :* Verbalizes understanding
*Ed-Plan of Care :* Verbalizes understanding
*Ed-Substance Abuse :* Needs further teaching

Lipana RN, Janette - 05/24/2025 15:45 PDT

Safety Education Adult Grid
*Ed-Safety, Fall :* Verbalizes understanding

Lipana RN, Janette - 05/24/2025 15:45 PDT

**Immunization Reassessment**
*Flu Season :* Yes
*Influenza Screen Details on Admission :* No qualifying data found
*Influenza Administration Date/Time :* No results recorded.
*Discharge Influenza Immunization Status :* Patient/Caregiver refused, provider notified
*Pneumococcal Screen details on Admission :* Pneumococcal Vaccine Criteria: Does not meet any above crtieria (05/15/25 18:25:00)
*Pneumococcal Administration Date/Time :* No results recorded.
*Discharge Pneumococcal Status :* Patient refused

Lipana RN, Janette - 05/24/2025 15:45 PDT

Behavioral Health Consultation
* Preliminary Report *

KIEURMANBI, MAMUCHIEU - 120-466-09

| | |
|---|---|
| Result Type: | Behavioral Health Consultation |
| Result Date: | April 28 2025 14:29 PDT |
| Result Status: | Transcribed |
| Result Title: | Behavioral Health Consultation |
| Performed By: | Hernandez, MD, Michael on April 28 2025 14:29 PDT |
| Encounter info: | 40701272058, 10, Inpatient, 04/25/2025 - |
| Contributor system: | 10-TXN |

## * Preliminary Report *

**Behavioral Health Consultation**

PHYSICIAN REQUESTING CONSULTATION: Dr. Lam.

REASON FOR CONSULTATION: Patient previously on Zyprexa, unclear psych history, confused and unreoriented. Neuro workup negative.

IDENTIFYING INFORMATION: This patient is a 33-year-old Russian male who is an inmate of the Los Angeles County Sheriff.

CHIEF COMPLAINT: "I've been hearing voices."

HISTORY OF PRESENT ILLNESS: The patient was interviewed today with translation service as well as with charge nurse. The patient states that he has been hearing voices. He does admit to having felt suicidal, though he currently denies any suicidal plan. He denies thoughts of hurting others. He does admit to drinking alcohol, though he states he does not know when he had his last drink. He denies the use of any other substances. Patient's urine toxicology screen was negative. The patient denies thoughts of hurting others.

PSYCHIATRIC HISTORY: Is apparently remarkable for the patient having been prescribed Zyprexa.

FAMILY PSYCHIATRIC HISTORY: Unclear.

MEDICAL HISTORY: Unknown.

SOCIAL HISTORY: Patient states he has been in the United States since 2023.

MENTAL STATUS EXAMINATION: Appearance is that of a well-developed, well-nourished, 33-year-old, somewhat unkempt Russian male whose mood is guarded. His affect is appropriate to content. The flow of thought is Russian, goal-directed, though of limited output. He is alert, but will not answer questions regarding orientation. His insight, judgment and impulse control seem to be impaired.

DIAGNOSTIC IMPRESSION: Unspecified psychosis, rule out schizophrenia.

Behavioral Health Consultation
* Preliminary Report *

KIEURMANBI, MAMUCHIEU - 120-466-09

RECOMMENDATIONS: [redacted] I would like to thank [redacted] Lam for allowing me [redacted] the opportunity to participate in the care of his patient.

Michael Hernandez, MD

D MH, 04/28/2025 14:29:19 Conf # 11877359
T MS, 04/28/2025 14:39:00 Dictation ID 329363075

**Completed Action List:**
* Perform by Hernandez, MD, Michael on April 28 2025 14:29 PDT
* Transcribe by on April 28 2025 14:39 PDT

Result Type: Discharge Summary
Result Date: April 29 2025 10:06 PDT
Result Status: Unauth
Result Title: R1 IM Discharge Note
Performed By: Boerner, MD, Zane on April 29 2025 10:43 PDT
Encounter Info: 40701272058, 10, Inpatient, 04/25/2025 -

# * Preliminary Report *

Patient: **KIEURMANBI, MAMUCHIEU** MRN: **120-466-09** FIN: **40701272058**
Age: **33 years** Legal Sex: **MALE** DOB: **06/22/1991**

## Admission Information

**Admit Date:** 04/25/25 09:59
**Reason for Admission:** encephalopathy

## Physicians Involved With Care

**Admitting:** Lam, DO, David Minh
**Attending:** Lam, DO, David Minh
**Consulting:** Shatzmiller, MD, Ron Andrew
**Consulting:** Hernandez, MD, Michael
**Primary Care:** NONE, MD

## Final Diagnosis

1. Altered mental status (Altered mental status, unspecified, R41.82)
Altered mental status (Altered mental status, 0048084F-1C9E-401C-BBFC-460A9CB4F917)
Encephalopathy (Encephalopathy, unspecified, G93.40)

## Hospital Course

Patient is a 33 yo M with unknown PMHx and psychiatric history who presented from jail for AMS. Patient has been in a single-cell holding unit awaiting behavioral evaluation in jail for the past 2 days. It is unknown what he was in there for, and what his previous behavioral history is. Today staff at the jail noticed the patient wasn't responding to questions. The officer at bedside does note that they do not have a Russian interpreter so the language barrier may have contributed. His baseline prior to jail is unknown. When speaking with the patient using an interpreter he intermittently responds to questions and does not fully follow commands. He states that he has noticed swelling in his feet along with lower extremity weakness with recent onset though he is not sure how long this has been occurring. He also states that he has difficulty moving his jaw and coordinating speech. When asked if he has any medical history he nodded yes and said that he took a liquid medication while he was in the jail but is unsure what the medication is and does not respond when asking what medical problems he has. He is unsure of his vaccination history. He denies recent sick contacts, IV drug use, hx of STIs, fevers, chills, pain in his lower extremities, abdomen. Further ROS was difficult to obtain given pt either being unable or unwilling to answer questions.

The EMS providers reported he received a dose of Zyprexa as it was a stated home medication. Initial differential included meningitis, encephalitis, intoxication, adverse drug side-effect (acute dystonia), botulism, tetanus, stroke, infectious endocarditis. During the admission process the patient was evaluated several times with improvement in symptoms noted during each evaluation. Lumbar puncture was obtained without significant findings decreasing concern for meningitis/encephalitis. Prior to LP broad antibiotic coverage was started including vancomycin, ceftriaxone, and acyclovir. Given concern for possible acute dystonia, benadryl was ordered. After the lumbar puncture was completed all antibiotics were discontinued as meningitis/encephalitis was ruled out. CT brain was obtained showing no acute infarct, hemorrhage or mass. Neurology was consulted for further evaluation and an MRI brain was ordered. On the morning of hospital day 2 the patient was somnolent and had short periods of seizure-like activity where the pt would be non responsive and have fluttering of his eyes bilaterally. EEG was without findings consistent with seizure. Pt was better on PM evaluation and was able to move limbs slightly though he was slow. Pt was either unable or

unwilling to provide medical history, so in order to obtain the MRI, bone survey was conducted to rule out metal foreign body. On the afternoon of hospital day 2 the patient was more alert and was able to share that he was previously in a care accident though he doesn't remember how long ago it was. He stated he has had memory problems since about that time. MRI brain and neck was obtained showing no acute infarct and some joint degenerative changes with postsurgical changes from C5-C6 anterior fusion. At that time neurology cleared him for possible discharge as there was no further neurological workup to be done. Lab work had shown resolution of leukocytosis and negative drug screen hepatitis panel, treponemal ab, normal ammonia level, and HIV negative. Dr. Hernandez of behavioral health was consulted given pt's reported history of unknown psychiatric condition for which he was on zyprexa. He restarted the patient's zyprexa with notable improvement in pt's alertness though he continued to be disoriented. He at best was oriented to person and place but had to be reminded why he was in the hospital and of prior medical history. He was evaluated by physical therapy who recommend continued PT for balance as well as functional and mobility training. Speech therapy evaluated him and recommend an IDDSI 4 diet. On hospital day 5, he was cleared by behavioral health for discharge back to law enforcement psychiatric care.

**Lab Results**

**All Ambulatory Labs (36 Months)**

| | | | |
|---|---|---|---|
| **A/G Ratio** | **L 1.5** (04/28/2025) | **L 1.6** (04/27/2025) | **L 1.7** (04/26/2025) |
| **ALP** | 46 (04/28/2025) | 51 (04/27/2025) | 49 (04/26/2025) |
| **ALT** | 33 (04/28/2025) | 32 (04/27/2025) | 40 (04/26/2025) |
| **AST** | 22 (04/28/2025) | 18 (04/27/2025) | 23 (04/26/2025) |
| **Albumin Level** | 3.7 (04/28/2025) | 3.8 (04/27/2025) | 4.1 (04/26/2025) |
| **Ammonia** | 14 (04/25/2025) | | |
| **Anion Gap** | 10.0 (04/28/2025) | 10.0 (04/27/2025) | 12.0 (04/26/2025) |
| **Auto Basophil Absolute** | 0.1 (04/29/2025) | 0.1 (04/28/2025) | 0.0 (04/27/2025) |
| **Auto Basophil Percent** | 0.7 (04/29/2025) | **H 1.3** (04/28/2025) | 0.4 (04/27/2025) |
| **Auto Eosinophil Absolute** | 0.0 (04/29/2025) | 0.0 (04/28/2025) | 0.0 (04/27/2025) |
| **Auto Eosinophil Percent** | 0.4 (04/29/2025) | 0.6 (04/28/2025) | 0.2 (04/27/2025) |
| **Auto Lymphocyte Absolute** | 2.0 (04/29/2025) | 1.9 (04/28/2025) | 1.8 (04/27/2025) |
| **Auto Lymphocyte Percent** | 29.2 (04/29/2025) | 26.7 (04/28/2025) | 20.5 (04/27/2025) |
| **Auto Monocyte Absolute** | 0.7 (04/29/2025) | 0.7 (04/28/2025) | **H 0.9** (04/27/2025) |
| **Auto Monocyte Percent** | **H 10.3** (04/29/2025) | 9.5 (04/28/2025) | **H 10.2** (04/27/2025) |
| **Auto NRBC %** | 0 (04/29/2025) | 0 (04/28/2025) | 0 (04/27/2025) |
| **Auto Neutrophil Absolute** | 4.1 (04/29/2025) | 4.4 (04/28/2025) | 6.2 (04/27/2025) |
| **Auto Neutrophil Percent** | 59.4 (04/29/2025) | 61.9 (04/28/2025) | 68.7 (04/27/2025) |
| **BUN** | 13 (04/28/2025) | 18 (04/27/2025) | **H 23** (04/26/2025) |
| **BUN/Creat Ratio** | 16 (04/28/2025) | 20 (04/27/2025) | **H 26** (04/26/2025) |
| **Bilirubin, Total** | **H 2.7** (04/28/2025) | **H 3.1** (04/27/2025) | **H 3.4** (04/26/2025) |
| **CK, Total** | **H 277** (04/25/2025) | | |
| **CKMB Mass Assay - MB Result** | 5.6 (04/25/2025) | | |
| **CKMB Mass Assay - Relative Index** | 2.0 (04/25/2025) | | |
| **CO2/Carbon Dioxide** | 23 (04/28/2025) | 21 (04/27/2025) | **L 20** (04/26/2025) |
| **CSF Cryptococcus AG Screen** | Negative (04/25/2025) | | |
| **CSF Ct - Clarity** | Clear (04/25/2025) | | |
| **CSF Ct - Color** | Colorless (04/25/2025) | | |
| **CSF Ct - RBC Count** | 1 (04/25/2025) | | |
| **CSF Ct - Total Volume** | 1.5 (04/25/2025) | | |

Apr. 29. 2025 12:53PM No. 2409 P. 7

Discharge Summary KIEURMANBI, MAMUCHIEU - 120-466-09

* Preliminary Report *

| | | | |
|---|---|---|---|
| **CSF Ct - Tube Number** | 3 (04/25/2025) | | |
| **CSF Ct - WBC Count** | 0 (04/25/2025) | | |
| **CSF Glucose** | 62 (04/25/2025) | | |
| **CSF Total Protein** | **L 14** (04/25/2025) | | |
| **Calcium Level** | 8.9 (04/28/2025) | 8.6 (04/27/2025) | 8.6 (04/26/2025) |
| **Chloride Level** | 106 (04/28/2025) | 109 (04/27/2025) | 107 (04/26/2025) |
| **Creatinine** | 0.8 (04/28/2025) | 0.9 (04/27/2025) | 0.9 (04/26/2025) |
| **Culture CSF w Gram Stain** | Auth (Verified) See Report (04/25/2025) | | |
| **D-Dimer, Qnt** | **H 1.62** (04/27/2025) | | |
| **DAU UR - Amphetamines Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Barbiturates Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Benzodiazepines Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Cannabinoids/THC Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Cocaine Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Fentanyl** | Negative (04/25/2025) | | |
| **DAU UR - Footnote** | See Note (04/25/2025) | | |
| **DAU UR - Methadone** | Negative (04/25/2025) | | |
| **DAU UR - Opiates Scrn** | Negative (04/25/2025) | | |
| **DAU UR - Phencyclidine Scrn** | Negative (04/25/2025) | | |
| **Ethanol/Alcohol Level** | <13 (04/25/2025) | | |
| **Globulin Level** | 2.4 (04/28/2025) | 2.4 (04/27/2025) | 2.4 (04/26/2025) |
| **Glucose, Random** | 92 (04/28/2025) | 79 (04/27/2025) | 70 (04/26/2025) |
| **HCT** | 42.7 (04/29/2025) | 42.4 (04/28/2025) | 43.1 (04/27/2025) |
| **HGB** | 15.2 (04/29/2025) | 14.7 (04/28/2025) | 14.8 (04/27/2025) |
| **Hepatitis B Core Antibody, IgM** | Non Reactive (04/25/2025) | | |
| **Hepatitis B Surface Antigen** | Non Reactive (04/25/2025) | | |
| **Hepatitis C Antibody** | Non Reactive (04/25/2025) | | |
| **Lactic Acid Level** | 0.9 (04/27/2025) | 1.4 (04/25/2025) | |
| **Lipase Level** | 28 (04/25/2025) | | |
| **MCH** | 31.2 (04/29/2025) | 31.0 (04/28/2025) | 30.3 (04/27/2025) |
| **MCHC** | 35.7 (04/29/2025) | 34.6 (04/28/2025) | 34.2 (04/27/2025) |
| **MCV** | 87.5 (04/29/2025) | 89.4 (04/28/2025) | 88.5 (04/27/2025) |
| **MPV** | 9.00 (04/29/2025) | 9.00 (04/28/2025) | 8.80 (04/27/2025) |
| **Osmolality, Calculated** | 277 (04/28/2025) | 280 (04/27/2025) | 280 (04/26/2025) |
| **PLT** | 208 (04/29/2025) | 197 (04/28/2025) | 179 (04/27/2025) |
| **POCT - Glucose (Capillary)** | 84 (04/26/2025) | 79 (04/26/2025) | **H 122** (04/26/2025) |
| **Potassium Level** | 3.7 (04/28/2025) | 3.7 (04/27/2025) | 3.6 (04/26/2025) |
| **RBC** | 4.88 (04/29/2025) | 4.74 (04/28/2025) | 4.87 (04/27/2025) |
| **RDW** | 13.2 (04/29/2025) | 13.2 (04/28/2025) | 13.3 (04/27/2025) |
| **Sodium Level** | 139 (04/28/2025) | 140 (04/27/2025) | 139 (04/26/2025) |
| **Total Protein** | 6.1 (04/28/2025) | 6.2 (04/27/2025) | 6.5 (04/26/2025) |
| **Treponema pallidum Ab CLIA** | Non Reactive (04/25/2025) | | |

Discharge Summary KIEURMANBI, MAMUCHIEU - 120-466-09
* Preliminary Report *

| | | | |
|---|---|---|---|
| **Troponin I High Sensitivity** | 3 (04/25/2025) | | |
| **UA - Appearance** | Clear (04/25/2025) | | |
| **UA - Bacteria** | Negative (04/25/2025) | | |
| **UA - Bilirubin** | Negative (04/25/2025) | | |
| **UA - Blood** | Negative (04/25/2025) | | |
| **UA - Color** | Yellow (04/25/2025) | | |
| **UA - Epithelials, Squamous** | 0 (04/25/2025) | | |
| **UA - Glucose** | Normal (04/25/2025) | | |
| **UA - Ketones** | **H 4+** (04/25/2025) | | |
| **UA - Leukocyte Esterase** | Negative (04/25/2025) | | |
| **UA - Mucus** | Rare (04/25/2025) | | |
| **UA - Nitrites** | Negative (04/25/2025) | | |
| **UA - Protein** | **H 1+** (04/25/2025) | | |
| **UA - RBC** | 2 (04/25/2025) | | |
| **UA - Source/Collect Type** | Urine Cath Stra (04/25/2025) | | |
| **UA - Specific Gravity** | **H 1.035** (04/25/2025) | | |
| **UA - Urobilinogen** | Normal (04/25/2025) | | |
| **UA - WBC** | 1 (04/25/2025) | | |
| **UA - pH** | 6.0 (04/25/2025) | | |
| **WBC** | 6.9 (04/29/2025) | 7.0 (04/28/2025) | 9.0 (04/27/2025) |
| **eGFR** | >90 (04/28/2025) | >90 (04/27/2025) | >90 (04/26/2025) |

**Images**
**General Diagnostic**
**Result Type:** Abdomen 1 Vw
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Foreign Body - specify site

**REPORT:** EXAMINATION: Abdomen 1 Vw

CLINICAL HISTORY:
MRI screening for foreign body.

COMPARISONS:
No priors available for comparison.

TECHNIQUE:

A single supine AP view of the abdomen was obtained.

**FINDINGS:**
No metallic foreign body is seen. There is nonspecific colonic stool and gas extending to the rectum. The bowel gas pattern is nonobstructed. The osseous structures are grossly intact.

**IMPRESSION:**
Nonobstructed gas pattern.

Signed by: Juan C. Esteva on 4/27/2025 9:20 AM

**Result Type:** Pelvis 1 Vw
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION:
Pelvis 1 Vw

CLINICAL HISTORY:
MRI screening for metal foreign bodies.

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
A single AP view of the pelvis was obtained.

**FINDINGS:**
There is no fracture or joint dislocation. There are mild degenerative changes at both hip joints. The surrounding soft tissues are unremarkable. No metallic foreign body is seen.

**IMPRESSION:**
No fracture or dislocation.

No metallic foreign body identified.

Signed by: Juan C. Esteva on 4/27/2025 9:21 AM

**Result Type:** Tibia/Fibula Bilat
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION: Tibia/Fibula Bilat

CLINICAL HISTORY:
MRI screening

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
AP and lateral views of the left tibia and fibula were obtained.

**FINDINGS:**
There is no fracture or joint dislocation. No metallic foreign body is seen. The soft tissues are unremarkable.

**IMPRESSION:**
No fracture or dislocation.

Signed by: Juan C. Esteva on 4/27/2025 9:22 AM

**Result Type:** Chest 1 Vw
**Result Date:** April 25, 2025 13:44 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION: Chest 1 Vw

CLINICAL HISTORY:
Leukocytosis. Pain..

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
A single portable AP view of the chest was obtained.

**FINDINGS:**
The cardiomediastinal silhouette is within normal limits in size. The pulmonary vasculature is unremarkable. No focal airspace opacity, pneumothorax or pleural effusion is seen. The osseous structures are intact .

**IMPRESSION:**
No acute disease of the chest.

Signed by: Juan C. Esteva on 4/25/2025 1:56 PM

**Result Type:** Humerus Lt Ltd 1 Vw
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION: Humerus Lt Ltd 1 Vw

CLINICAL HISTORY:
MRI screening

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
AP and lateral views of the left humerus were obtained.

**FINDINGS:**
There is no fracture or joint dislocation. No metallic foreign body is seen. The soft tissues are unremarkable.

**IMPRESSION:**
No fracture or dislocation.

Signed by: Juan C. Esteva on 4/27/2025 9:22 AM

**Result Type:** Humerus Rt Ltd 1 Vw
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION: Humerus Rt Ltd 1 Vw

CLINICAL HISTORY:
MRI screening.

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
AP and lateral views of the right humerus were obtained.

**FINDINGS:**
There is no fracture or joint dislocation. No metallic foreign body is seen. The soft tissues are unremarkable.

**IMPRESSION:**
No fracture or dislocation.

Discharge Summary
* Preliminary Report *

KIEURMANBI, MAMUCHIEU - 120-466-09

Signed by: Juan C. Esteva on 4/27/2025 9:22 AM

**Result Type:** Femur Bilat 1 Vw
**Result Date:** April 27, 2025 09:02 PDT
**Reason For Exam:** Foreign Body - specify site

**REPORT:** EXAMINATION: Femur Bilat 1 Vw

CLINICAL HISTORY:
MRI screening.

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
AP, frog-leg and lateral views of the rightfemur were obtained.

**FINDINGS:**
There is no fracture or joint dislocation. No metallic foreign body is seen. The soft tissues are unremarkable.

**IMPRESSION:**
No fracture or dislocation.

Signed by: Juan C. Esteva on 4/27/2025 9:21 AM

**Computerized Tomography**
**Result Type:** CT Brain WO Contrast
**Result Date:** April 25, 2025 11:29 PDT
**Reason For Exam:** Other

**REPORT:** EXAMINATION: CT Brain WO Contrast

CLINICAL HISTORY:
Altered mental status

COMPARISONS:
No priors available for comparison. The patient has had 0 CTs and 0 nuclear perfusion studies in the past 12 months.

TECHNIQUE:
Contiguous axial imaging of the brain was performed from the vertex to the foramen magnum.

All CT scans at Adventist Health are performed using dose optimization technique as appropriate to a performed exam including: Automated exposure control. Adjustment of the mA and/or kV according to patient size (this includes techniques or standardized protocols for targeted exams where dose is matched to indication/reason for exam: i.e. extremities or head). Use of iterative reconstruction technique. The DLP to be roughly converted effective dose in mSv for an adult by multiplying 0.015 (for chest, abdomen, and pelvis), 0.005 for the neck, and 0.002 for the head. The DLP and CTDI for this exam are.

CTDI (Vol): 31.82
Total DLP (mGycm): 663.24

**FINDINGS:**
Evaluation of the posterior fossa demonstrates the fourth ventricle to be midline and without mass impression.

Evaluation of the supratentorial brain demonstrates the cortical sulci and ventricular system to be unremarkable.
No acute major vessel infarct, hemorrhage or mass lesion is seen. There is no mass effect or midline shift. An extra-axial fluid collection is not identified. The osseous structures are intact.

**IMPRESSION:**
No acute infarct, hemorrhage or mass lesion.

Signed by: Juan C. Esteva on 4/25/2025 12:21 PM

**Ultrasound**
**Result Type:** US Abdomen Ltd
**Result Date:** April 25, 2025 17:34 PDT
**Reason For Exam:** Elevated LFT;Elevated LFT

**REPORT:** EXAMINATION: US Abdomen Ltd

CLINICAL HISTORY:
Liver disease

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
Real-time sonography of the right upper quadrant was performed specifically through the liver and gallbladder fossa and multiple images were obtained.

FINDINGS:

The liver demonstrates increased echogenicity and normal contour spanning 17.3 cm in greatest long axis dimensions. There is no intrahepatic biliary dilatation. The portal vein is patent with normal directional flow. The common duct measures 3mm, within normal limits. The gallbladder is unremarkable.

Limited evaluation of the pancreas, IVC, aorta and right kidney reveals no abnormality. No ascites is seen in the upper abdomen.

IMPRESSION:

1. Enlarged fatty liver.
2. Otherwise unremarkable right upper quadrant abdominal ultrasound.

Signed by: Juan C. Esteva on 4/26/2025 6:52 AM

**Result Type:** US Lower Ext Art Duplex Bilat
**Result Date:** April 25, 2025 17:35 PDT
**Reason For Exam:** Lower Extremity Ischemia

**REPORT:** EXAM DESCRIPTION: Bilateral lower extremity arterial Doppler ultrasound

CLINICAL HISTORY: 33 years Male, Lower Extremity Ischemia
6/22/1991
COMPARISON: None.

TECHNIQUE: Lower extremity arterial ultrasound with grayscale and color flow and color Doppler imaging.

FINDINGS:

There are biphasic or triphasic waveforms identified.

| RIGHT: | PSV (cm/s) |
|---|---|
| CFA: | 159 |

| | |
|---|---|
| Proximal SFA: | 99 |
| Mid SFA: | 88 |
| Distal SFA: | 79 |
| Popliteal A: | 69 |
| PTA: | 60 |

| LEFT: | PSV (cm/s) |
|---|---|
| CFA: | 128 |
| Proximal SFA: | 123 |
| Mid SFA: | 154 |
| Distal SFA: | 85 |
| Popliteal A: | 89 |
| PTA: | 55 |

IMPRESSION:

1. No hemodynamically significant stenosis or occlusion identified.

Signed by: Juan C. Esteva on 4/26/2025 8:01 AM

**Result Type:** US Lower Ext Vein Duplex Bilat
**Result Date:** April 25, 2025 17:36 PDT
**Reason For Exam:** Deep Vein Thrombosis DVT

**REPORT:** Indication: Leg edema.

Technique: Gray scale and color Doppler imaging of bilateral lower extremity venous system was performed. Spectral vascular waveforms were acquired.

Comparison: None.

**Findings:** Compression, augmentation, and respiratory variation are demonstrated throughout the bilateral lower extremity deep venous system.

No echogenic foci is seen to suggest presence of thrombus.

**Impression:** No ultrasonographic evidence of deep venous thrombosis in the lower extremities.

Signed by: Juan C. Esteva on 4/26/2025 6:59 AM

**Magnetic Resonance Imaging**
**Result Type:** MRI Brain WO Contrast
**Result Date:** April 27, 2025 15:27 PDT
**Reason For Exam:** Meningitis;Meningitis

**REPORT:** EXAMINATION: MRI Brain WO Contrast

CLINICAL HISTORY:
Meningitis. Altered level of consciousness.

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
Multiplanar/multisequence noncontrast MR imaging of the brain was performed.

**FINDINGS:**

Evaluation of the posterior fossa demonstrates the fourth ventricle to be midline without mass impression. The seventh and eighth nerve complexes are symmetric and unremarkable bilaterally.

Evaluation of the supratentorial brain demonstrates the cortical sulci and ventricular system to be unremarkable for the patient's age. No restricted diffusion is seen. No significant T2 or FLAIR signal abnormality is seen.

There is no mass lesion or hemorrhage. There is no mass effect or midline shift. An extra-axial fluid collection is not identified. The cerebral vasculature demonstrates normal flowvoid.

The globes and optic nerve complexes are symmetric and unremarkable bilaterally.

**IMPRESSION:**
No acute infarct, hemorrhage or mass lesion.

Signed by: Juan C. Esteva on 4/27/2025 3:51 PM

**Result Type:** MRI Cervical Spine WO Contrast
**Result Date:** April 27, 2025 16:05 PDT
**Reason For Exam:** Neck Pain;Neck Pain

**REPORT:** EXAMINATION: MRI Cervical Spine WO Contrast

CLINICAL HISTORY:
Pain

COMPARISONS:
No priors available for comparison.

TECHNIQUE:
Multiplanar/multisequence noncontrast MR imaging of the cervical spine was performed.

**FINDINGS:**
The visualized posterior fossa and cervical cord are normal in signal intensity and size. There are postsurgical changes consistent with C5-C6 anterior fusion. Grade 1 C3-4 anterolisthesis measures approximately 4 mm or less. Otherwise the vertebral body height and alignment are within normal limits without compression deformity, fracture or subluxation. The marrow signal is homogenous and unremarkable. Desiccation is seen with mild to moderate loss of disc height most notably at C3-4, C4-5 and C6-7.

At C3-C4: Mild right and no left neural foraminal narrowing and no significant central canal stenosis due to disc osteophyte complex with uncovertebral hypertrophy.

At C4-C5: No stenosis, focal disc protrusion or extrusion is seen.

At C5-C6: No stenosis, focal disc protrusion or extrusion is seen.

At C6-C7: Mild to moderate right and mild left neural foraminal narrowing and no central canal stenosis due to disc osteophyte complex with uncovertebral hypertrophy.

At C7-T1: Mild left and no right neural foraminal narrowing and no central canal stenosis due to disc osteophyte complex and mild to moderate left facet joint degenerative changes.

**IMPRESSION:**

1. Disc and facet joint degenerative changes with multilevel stenosis as outlined.
2. Postsurgical changes consistent with C5-C6 anterior fusion.
3. Grade 1 C4-5 spondylolisthesis.

Discharge Summary
* Preliminary Report *

KIEURMANBI, MAMUCHIEU - 120-466-09

Signed by: Juan C. Esteva on 4/27/2025 4:23 PM

**Physical Exam**

Vitals and Measurements
**T:** 97.7 F **HR:** 83 **RR:** 16 **BP:** 118/79 **SpO2:** 99% **O2 Delivery:** Room air
**HT:** 178 cm **WT:** 115 kg **BMI:** 36.3 kg/m2
**General Appearance:** Pt awake sitting in bed cooperative. NAD
**HEENT:** Normocephalic. PERRL. No nasal discharge. Oral cavity and pharynx normal. Teeth and gingiva in good general condition. Neck supple, non-tender without lymphadenopathy, masses or thyromegaly.
**Cardiac:** Normal rate and rhythm. No edema, cyanosis or pallor.
**Lungs:** Clear to auscultation and percussion without rales, rhonchi, wheezing or diminished breath sounds.
**Abdomen:** Positive bowel sounds. Soft, non-distended, non-tender. No guarding or rebound. No masses.
**Musculoskeletal:** No joint deformity, erythema, or tenderness.
**Neurological:** Normal sensory exam. Moves all extremities spontaneously. Movements are slow
**Skin:** Skin normal color, texture and turgor. Multiple erythematous crusted lesions on bilateral lower extremities.
**Psych:** blunted affect, A&Ox2 (self and location), does not appear to be responding to internal stimuli

**Discharge Plan**
**#Acute encephalopathy**
**#Bilateral leg weakness**
**#Jaw rigidity - Improved**
>Pt unable to provide much history either due to confusion or unwillingness to participate in exam but on physical exam appears very ill. At the jail facility the EMS providers reports he received a dose of Zyprexa as it was a stated home medication. Differential included meningitis, encephalitis, intoxication, adverse drug side-effect (acute dystonia), botulism, tetanus, stroke, infectious endocarditis. During the admission process the patient was evaluated several times with improvement in symptoms noted during each evaluation. Lumbar puncture was obtained without significant findings decreasing concern for meningitis/encephalitis. Prior to LP broad antibiotic coverage was started including vancomycin, ceftriaxone, and acyclovir. Given concern for possible acute dystonia, benadryl was ordered. Pt previously with seizure-like activity of bilateral eyes and less responsive. EEG was without findings consistent with seizure. Pt able to move limbs slightly though he is slow. Given negative neurological evaluation, psych will be consulted for evaluation.
>CT brain: No acute infarct, hemorrhage or mass lesion.
>Pan x-ray obtained without evidence of metal in pt's body, safe for MRI eval
>MRI Bain: No acute infarct, hemorrhage or mass lesion.
>MRI Neck: Disc and facet joint degenerative changes with multilevel stenosis as outlined. Postsurgical changes consistent with C5-C6 anterior fusion. Grade 1 C4-5 spondylolisthesis.
>Neurology, Dr. Liu consulted, appreciate recs
-EEG without findings consistent with seizures, pt was alert and requesting water during EEG
-Cleared for discharge from neurological standpoint
>Behavioral health consulted, Dr. Hernandez, appreciate recommendations
-Diet: IDDSI 4 pureed
-Physical therapy:
-recommend continued PT for functional, mobility, and balance training
-use of front wheel walker for walking
-Labs:
Pending: WNV antibodies
WBC 12.6 on admission, 7.0 today
HIV neg
Urine drug screen negative
CK mildly elevated 277
Ammonia 14
Hepatitis panel negative
Treponemal Ab non-reactive

**#Unspecified Psychosis**
**#r/o schizophrenia**
>pt reportedly received home medication of zyprexa while incarcerated. Pt not verbalizing medical history at this time.

Discharge Summary KIEURMANBI, MAMUCHIEU - 120-466-09
* Preliminary Report *

>Behavioral health consult, Dr. Hernandez, appreciate recommendations
-On zyprexa 10mg BID
-Cleared by behavioral health for discharge for psych facility

**#Fever - resolved**
**#leukocytosis - resolved**
>Etiology of fever unclear. Possibly infectious in nature but pt without other findings consistent with ongoing infection. LP was negative, UA without findings of UTI, CBC without elevated WBC
-WBC 12.6 on admission > 9.0 > 7.0
-Given normal LP on admission, Vancomycin, ceftriaxone, and acyclovir discontinued
-Blood cultures no growth x2 days
-CTM for additional fevers, may consider restarting antibiotics

**#Hx of MVA**
>Unsure of when accident happened or if he had long-term sequelae aside from neck pain for which he was taking tramadol and pregabalin
>MRI Neck: Disc and facet joint degenerative changes with multilevel stenosis as outlined. Postsurgical changes consistent with C5-C6

**#Pedal Edema- resolved**
>CXR: No acute disease of the chest.
>Possibly cardiac in origin though cannot rule out peripheral vascular disease/DVT
-TTE: EF 75-80%
-bilateral lower extremity venous Doppler's negative for DVT

Pt discussed with attending, Dr. Ravinutala

Zane Boerner, MD, MPH PGY1
Obstetrics and Gynecology

Patient Discharge Condition
stable

Discharge Disposition/Location
**Discharge Date:** 04/29/25
**Discharge Location:** Law Enforcement

Discharge Details
**Follow-Up Plans:** Discharge to law enforcement psych ward
**Discharge Activity:** Activity As Tolerated
**Discharge Diet:** No Restrictions
**Comments:** Pt stable for discharge1) Discharge to law enforcement psych ward2) Return for worsening or new onset symptoms including but not limited to fevers, nausea, chest pain, abdominal pain

**Signature Line**
Saved by: Boerner, MD, Zane

**Completed Action List:**
* Perform by Boerner, MD, Zane on April 29 2025 10:43 PDT
* Sign by Boerner, MD, Zane on April 29 2025 10:43 PDT