# EXHIBIT 5

2

-водск

*Переведено с русского языка на английский язык*

**Russian Federation**

**Federal State Budgetary Educational Institution of Higher Professional Education**

**«Russian State Social University»**

**DIPLOMA**

KD № 34283

By the decision of the State Attestation Commission

dated July 02, 2013,

**MAMUCHIEV KIEURMANBI HASANBIEVICH**

was awarded the qualification

«Economist»

in the specialty «Finance and Credit»

Chairman of the state examination commission *signature*

Rector *signature*

Round seal

Ministry of Education and Science of the Russian Federation

Federal State Budgetary Educational Institution of Higher Professional Education

«Russian State Social University»

General State Registration Number 1027700134879

A diploma is a state document on higher education

Registration number 131121 July 17, 2013

г. Кисло-

-водск

*Переведено с русского языка на английский язык*

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» г. Ростов-на-Дону*

*Подпись:*

**Российская Федерация**

**Город Кисловодск Ставропольского края**

**Тридцатое июля две тысячи двадцать пятого года**

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: **№ 26/409-н/26-2025-6-276.**

Уплачено за совершение нотариального действия: 950 руб. 00 коп.

А.Ц.Язджян

**В настоящем сшиве прошито, пронумеровано и скреплено печатью 2 (два) листов**

**Врио нотариуса**______________

-водск

*Переведено с русского языка на английский язык*

| | |
|---|---|
| Surname, first name, patronymic<br>**MAMUCHIEV KIEURMANBI HASANBIEVICH**<br>Date of birth June 02, 1991<br><br>Document of Previous Education<br>Certificate of Secondary (Complete) General Education issued in 2008<br><br>Entrance examinations passed<br><br>Entered Federal State Budgetary Educational Institution of Higher Professional Education «Russian State Social University» in 2008 (full-time) (part-time)<br><br>Graduated from Federal State Budgetary Educational Institution of Higher Professional Education «Russian State Social University» in 2013 (full-time)<br><br>Standard period of study by full-time education 5 years<br><br>Major/speciality Finance and Credit<br><br>Specialization Financial management<br><br>Course Theses:<br>Stock exchanges, good<br>International marketing, excellent<br>Formation of the Russian insurance market, good<br>Analysis of the efficiency of using labor resources, good<br>Methods of evaluating investment projects, good<br><br>Practice<br>Manufacturing practice, 4 weeks, excellent<br>Pre-graduation practice 8 weeks, excellent<br><br>Final State Exams:<br>Interdisciplinary examination in the specialty, satisfactory<br><br>Writing and assertion of the graduate qualification paper on the topic: " Liquidity and solvency management in modern conditions", 10 weeks, excellent<br><br>The present diploma entitles to professional activity according to the level of education and qualification.<br><br>Please turn over for continuation<br>The present document contains number of pages: | The Russian Federation<br>*Moscow city*<br><br>Federal State Budgetary Educational Institution of Higher Professional Education<br><br>«Russian State Social University»<br><br>APPENDIX TO DIPLOMA<br><br>No. KD 4283<br><br>Registration No. 131121<br><br>July 17, 2013<br>(Date of issue)<br><br>By the decision of the State Examination Commission as of July 02, 2013<br><br>the qualification of<br><br>«Economist»<br><br>in the specialty «Finance and Credit»<br><br>was awarded.<br><br>Rector */Signature/*<br>Dean */Signature/*<br>Secretary */Signature/*<br><br>Round seal<br>Ministry of Education and Science of the Russian Federation<br>Federal State Budgetary Educational Institution of Higher Professional Education<br>«Russian State Social University»<br>General State Registration Number 1027700134879<br><br>Page 1 |

г. Кисло-

-ВОДСК

*Переведено с русского языка на английский я...*

Within the period of study has passed final tests, midterm and final examinations in the following subjects:

| Denomination of a subject | Total number of hours | Final grade |
|---|---|---|
| 1. Foreign language* | 340 | good |
| 2. Physical Training* | 408 | good |
| 3. Russian History* | 106 | good |
| 4. Philosophy* | 106 | good |
| 5. Economic theory* | 300 | good |
| 6. Mathematics* | 600 | good |
| 7. Informatics* | 200 | good |
| 8. Information systems in the economy | 90 | passed |
| 9. Concepts of modern natural science | 120 | good |
| 10. Econometrics | 110 | good |
| 11. Economics of organizations (enterprises) | 190 | good |
| 12. Management | 120 | good |
| 13. Marketing | 120 | good |
| 14. Statistics (including the National Accounting System) | 230 | good |
| 15. World economy (including International monetary and credit relations)* | 190 | good |
| 16. Accounting | 240 | good |
| 17. Audit Basics | 90 | passed |
| 18. Economic analysis | 120 | good |
| 19. Law studies | 110 | good |
| 20. Psychology and pedagogy | 60 | passed |
| 21. Cultural studies | 100 | good |
| 22. Social ecology | 70 | passed |
| 23. Economic geography* | 70 | good |
| 24. Banking | 110 | good |
| 25. Foreign economic activity of enterprises | 60 | passed |
| 26. Strategic planning | 80 | passed |
| 27. Russian language and speech culture | 55 | passed |
| 28. Political Science | 80 | good |
| 29. The history of the native land | 55 | passed |
| 30. Sociology | 80 | good |
| 31. Basics of office work | 70 | passed |
| 32. Life safety | 70 | passed |
| 33. Fundamentals of entrepreneurship | 60 | passed |
| 34. Labor economics | 60 | passed |
| 35. Labor statistics | 60 | passed |
| 36. History of economic studies | 70 | good |
| 37. Finance | 270 | good |
| 38. Money, credit, banks | 270 | good |
| 39. Finance of organizations (enterprises) | 120 | good |
| 40. Financial management | 100 | good |
| 41. Taxes and taxation | 110 | excellent |
| 42. Insurance | 90 | passed |
| 43. Budget system of the Russian Federation | 90 | passed |
| 44. The securities market | 106 | good |

г. Кисл

-ВОДСК

*Переведено с русского языка на английский язык*

| | | | |
|---|---|---|---|
| 45. | Investment | 110 | good |
| 46. | Financial law | 60 | passed |
| 47. | Insurance law | 60 | passed |
| 48. | Resolving labor disputes | 80 | passed |
| 49. | Theoretical foundations of financial management | 164 | excellent |
| 50. | The financial environment of entrepreneurship and entrepreneurial risks | 160 | good |
| 51. | Short-term financial policy | 162 | good |
| 52. | Long-term financial policy | 160 | passed |
| 53. | Investment strategy | 162 | passed |
| 54. | Foreign investments | 160 | passed |
| 56. | Special course No. 1 (Functioning of the financial mechanism of the enterprise) | 162 | good |
| 56. | Special course No. 2 (Financial management of small businesses | 162 | passed |
| **Total:** | | **7758** | |
| **Including class-room academic hours:** | | **4190** | |

State Educational Institution of Higher Professional Education «Russian State Social University» in 2011 were established in Federal State Budget Educational Institution of Higher Professional Education «Russian State Social University»

* The disciplines were studied in State Educational Institution of Higher Professional Education «Russian State Social University»*

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» г. Ростов-на-Дону*

*Подпись:* ____________________

-водск

Российская Федерация

Город Кисловодск Ставропольского края

Тридцатое июля две тысячи двадцать пятого года

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 26/409-н/26-2025-6-277.

Уплачено за совершение нотариального действия: 950 руб. 00 коп.

А.Ц.Язджян

НОТАРИУС КУЗНЕЦОВА Место нахождения: г. Кисловодск Ставропольского края Кисловодский городской нотариальный округ

В настоящем сшиве прошито, пронумеровано и скреплено печатью 3 (три) листов

Врио нотариуса

НОТАРИУС КУЗНЕЦОВА Место нахождения: г. Кисловодск Ставропольского края Кисловодский городской нотариальный округ

# EXHIBIT 6

Address: 1132 Rosalind Avenue,
Los Angeles, USA
Phone: +1 (224) 587-9496
Email: anzortkdchoma@gmail.com

August 09, 2025

To Whom It May Concern,

My name is Anzor Chomaev, and I am writing this letter to express my support and willingness to testify in the case involving Mamuchiev Kieurmanbi, who is currently facing charges related to firearms that were found in our shared residence.

I met Kieurmanbi two years ago when he arrived in the United States. We have been living together in the same house located at 1132 Rosalind Avenue, Los Angeles. Some time ago, I temporarily traveled to Chicago for personal matters, but we have remained in contact, and I have stayed informed about the situation.

Throughout all the time I have known Kieurmanbi, he has proven himself to be a calm, respectful, and decent individual. I have never seen him in possession of any firearms, nor have I ever witnessed him involved in any unlawful activity. He has always conducted himself in a proper and law-abiding manner and does not have any harmful habits.

I also know that the firearms found in the house belonged to another person who was temporarily staying with us and later returned to Russia. Additionally, I personally heard from Inal Tedeev that these weapons belonged to him. Kieurmanbi had no connection to those weapons. I am confident that he has been unfairly implicated in a situation with which he had nothing to do.

I am willing to confirm everything stated above in court and provide any additional explanations if needed. I respectfully ask that this letter be considered during the review of his case.

Sincerely,

Anzor Chomaev

Addres: 1132 Rosalind avenue,
Los Angeles, USA
Phone: +1(323) 251 25 74
Email: liga85.89@gmail.com
August 18, 2025

To Whom it May Concerm

I, Andrii Berezhnyi, lived in the same room with Mamuchiev Kurmanbiy from (May 28, 2024) until April 17, 2025, at the address: 1132 Rosalind Avenue, Los Angeles, California, USA. I currently still reside at this address.

During our time living together, Kurmanbiy proved himself to be a kind, respectful, non-confrontational, and tidy person. He always kept the apartment clean, respected the personal space and time of others, and was willing to help when needed. He led a healthy lifestyle, engaged in sports, and spent most of his time at home while waiting for his documents to be processed so he could start working. I never had any problems with him, never saw him in an intoxicated state, and he always kept a neat appearance.

At no time during our cohabitation did I see him possess any weapons, nor did I hear him talk about or engage in any illegal activities.

Another person, Inal Tedeev, also lived with us temporarily. I did not know him well, as I was often away at work and returned home late. On several occasions, I saw him with a firearm and assumed it was related to his work. I later learned that he left the United States and returned to Russia.

To my knowledge, Kurmanbiy is currently facing charges of unlawful possession of a firearm. I am certain that he had no connection to this weapon, as I never saw him possess one during the entire year we lived together.

I am also aware that he provides care and assistance to his father, who is currently ill. I believe he would not take risks that could jeopardize his ability to help his family.

I am willing to testify in court if necessary and confirm everything I have stated above.

Sincerely,
Andrii Berezhnyi

-водск

*Переведено с русского языка на английский язык*

# CHARACTERISTICS

I, Mamuchiev Hasanbi Vladimirovich, born on July, 07, 1963, place of birth: village Gorny Stavropol Region of the Russian Federation, registration address: 69 K. /A. Gagarin Street, Kislovodsk, Stavropol Region, Russian Federation am the father of Mamuchiev Kieurmanbi Hasanbievich, born on 22.06.1991, place of birth: village Uchkeken of the Malokarachayevsky district of the Karachay-Cherkessk Republic of the Russian Federation, who lived at the address: 69 K. /A. Gagarin Street, Kislovodsk, Stavropol Region, Russian Federation.

In 2003, Kieurmanbi's mother, my wife, was died. I was left alone with 3 children and 2 elderly parents, with grandparents Kieurmanbi.

In 2008 my son Kieurmanbi Hasanbievich graduated from high school in Kislovodsk.

In 2008 he received higher education and graduated from the university with good academic performance.

From the age of 12 he helped me run the farm, looked after his grandfather, who was seriously ill, diagnosed with blood cancer.

After graduating from university, Kieurmanbi got married, got a job, and lived with me in my house.

He proved himself well at school and at university. He has always participated in social activities. He received certificates and letters of appreciation.

After the death of my son's mother, my first wife, due to the fact that it was difficult for me to work, look after children and elderly parents, in 2008 I married again, 2 children were born from my second marriage, now they are minors. At the beginning of 2023, my wife died of cancer. After losing my wife, I became ill and am currently suffering from a heart condition. I am currently 62 years old. Due to illness, I am unable to work.

I'm retired, and my son helped me pay my utility bills, taxes, and the education of his underage sisters.

Kieurmanbi has never violated any laws. I always helped my neighbors and friends.

He is an exemplary family man, had no bad habits.

He had to leave the country because he was being persecuted by people who took away his business by torture. My son has scars on his hands, which can confirm the truth of my words. I also attach to this letter videos and photographs of the accident that these people caused him, as a result of which he received a lot of injuries and bruises. There is also a spinal fracture and a brain injury. As a result of torture and after the worst accident, against the background of everything that happened, he developed mental disorders such as schizophrenia and bipolar disorder. I also attach to this description a medical report from the hospital where he was treated and rehabilitated for 2 months.

Your honor, I ask you to forgive my son's offense.

I am very upset that he is in such a situation now, I have heard that he had serious health problems. I'm sure there's an explanation for this. This is his first time in such a situation. I ask you to forgive him, give him a chance to improve and start a new life, because he's still so young.

I really hope for your mercy and condescension.

Sincerely, father of Kieurmanbi,

Mamuchiev Hasanbi *signature*

г. Кисло-

-ВОДСК

*Переведено с русского языка на английский язык*

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» г. Ростов-на-Дону*

*Подпись:* ______________

**Российская Федерация**

**Город Кисловодск Ставропольского края**

**Тридцатое июля две тысячи двадцать пятого года**

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: **№ 26/409-н/26-2025-6-280.**

Уплачено за совершение нотариального действия: 950 руб. 00 коп.

А.Ц.Язджян

В настоящем сшиве прошито, пронумеровано и скреплено печатью 2 (два) листа

Врио нотариуса______________

-водск

*Переведено с русского языка на английский язык*

# DOMESTIC CHARACTERISTICS

Mamuchiev Kleurmanbi Hasanbievich, born on June 22, 1991
Russian Federation, Stavropol Region, Kislovodsk town

Mamuchiev K.H. lived at 69 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation, until 2022, is married and has two young children.

During his staying, Mamuchiev K.H. proved himself on the positive side.

Relations with the family are friendly and trusting, he treats his neighbors with friendly respect, was polite, attentive, and participated in public events, he was engaged in charity work, provided assistance to a neighbor whenever possible, and helped with building materials for landscaping the surrounding area.

Outwardly he was neat, he was not noticed in the abuse of alcoholic beverages, he had no bad habits.

He was not involved in criminal activity and was not noticed in attracting other people to engage in criminal activity.

**Neighbors:**

1) Karabashev Sultan-Hamid Taubievich, passport: 07 04 362975, issued by the Department of Internal Affairs the city of Kislovodsk, Stavropol Region, date of issue 13 August 2004, subdivision code: 262-013, lives at: 10 Artyom str., Kislovodsk, Stavropol Region, Russian Federation *signature*

2) Aliev Bazarbi Taukhanovich, passport: 07 13 789113, issued by the Federal Migration Service of Russia in Stavropol Region in Kislovodsk, date of issue 21 May 2013, subdivision code 260-014, lives at the address: 96 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *signature*

3) Bidzhiev Jamal Magomedovich, lives at the address: 73 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *passport 07 20 654207 signature*

4) Magiyaev Kanamat Malkarukovich, passport: 07 20 713379, issued by the Main Directorate of the Ministry of Internal Affairs of Russia 22 December 2020, lives at the address: 79 Ermolova St., Kislovodsk, Stavropol Region, Russian Federation *signature*

5) Magiyaeva Indira Malkarukovna, passport: 07 11 663931, issued by the Federal Migration Service of Russia in Stavropol Region in Kislovodsk, date of issue 21 May 2013, subdivision code 260-014, lives at the address: 81/1 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *signature*

The characteristic is provided at the place of the request.

г. Кисло-

-ВОДСК

*Переведено с русского языка на английский язык*

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» Ростов-на-Дону*

*Подпись:* ______

**Российская Федерация**

**Город Кисловодск Ставропольского края**

**Тридцатое июля две тысячи двадцать пятого года**

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 26/409-н/26-2025-6-279.

Уплачено за совершение нотариального действия: 950 руб. 00 коп.

А.Ц.Язджян

В настоящем сшиве прошито, пронумеровано и скреплено печатью 2 (два) листа

Врио нотариуса______

-водск 2

*Переведено с русского языка на английский язык*

From Mamuchiev Hasanbi Vladimirovich,
born on village Gorny Stavropol Region
of the Russian Federation
Registration address: 69 Gagarin Street,
Kislovodsk, Stavropol Region, Russian Federation

in the interests of the son:
Mamuchiev Kieurmanbi Hasanbievich,
located in the United States of America

**REFERENCE**

Mamuchiev Kieurmanbi Hasanbievich, born on 22 June 1991 in the village Uchkeken of the Malokarachayevsky district of the Karachay-Cherkessk Republic of the Russian Federation, is being persecuted in his homeland by persons engaged in criminal activities and are on the federal wanted list in the territory of the Russian Federation, who have repeatedly K.H. Mamuchiev was tortured and bullied because of personal hatred.

In addition, these persons caused damage to the braking system of Mamuchiev K.H.'s car, on the Pyatigorsk Nalchik highway section they created sudden conditions for a traffic accident, where K.H. Mamuchiev committed a traffic accident on the specified highway due to the failure of the braking system of the car, in which he received numerous injuries with a spinal fracture.

In one of the cases of forced imprisonment by criminals, Mamuchiev K.H., he suffered bodily injuries in the form of cuts on Mumuchiev's hands K.H. These cuts were inflicted in order to cause K.H. Mamuchiev to fear for his life due to blood loss.

Due to fear for his life and the lives of close relatives if he reported this threat to law enforcement agencies, Mamuchiev K.H. did not apply for help in Russia and was forced to leave his homeland.

**July, 18, 2025** **Mamuchiev H.V.** ***signature***

г. Кисло-

-водск

*Переведено с русского языка на английский язык*

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» г. Ростов-на-Дону*

*Подпись:* ______________________

**Российская Федерация**

**Город Кисловодск Ставропольского края**

**Тридцатое июля две тысячи двадцать пятого года**

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 26/409-н/26-2025-6-278.

Уплачено за совершение нотариального действия: 950 руб. 00 коп.

А.Ц.Язджян

В настоящем сшиве прошито, пронумеровано и скреплено печатью 2 (два) листа

Врио нотариуса______________________

1

*Перевод выписки из паспорта гражданина Российской Федерации*
*Мамучиева Хасанби Владимировича серия 07 08 номер 120600,*
*выдан Отделом УФМС России по Ставропольскому краю в городе Кисловодске,*
*дата выдачи 14.08.2008*
*с русского языка на английский язык*

## PASSPORT
## OF THE CITIZEN OF THE RUSSIAN FEDERATION

**Page 2** **<u>07 08 120600</u>**

**THE RUSSIAN FEDERATION**

Passport issued by: DEPARTMENT OF THE FEDERAL MIGRATION SERVICE OF RUSSIA FOR STAVROPOL REGION IN THE TOWN OF KISLOVODSK

Date of issue: **14 August 2008** Subdivision code: **260-014**

Signature

Round seal:
Federal Migration Service 260-014

Signature
Personal signature

**Page 3**

| | | | | |
|---|---|---|---|---|
| /PHOTO/ | Surname: | **MAMUCHIEV** | | |
| | First name: | **HASANBI** | | |
| | Patronymic: | **VLADIMIROVICH** | | |
| | Gender: | **MALE** | Date of birth: | **July 08, 1963** |
| | Place of birth: | **VILLAGE GORNY STAVROPOL REGION** | | |

**Page 5**
PLACE OF RESIDENCE
Stamp: REGISTERED
February 28, 2006
69 K. /A. Gagarin Street, Kislovodsk

Department of the Federal Migration Service of Russia for Stavropol Region in the town of Kislovodsk

260-014 Signature

г. Кисло-

-ВОДСК

*Перевод выписки из паспорта гражданина Российской Федерации Мамучиева Хасанби Владимировича серия 07 08 номер 120600, выдан Отделом УФМС России по Ставропольскому краю в городе Кисловодске, дата выдачи 14.08.2008 с русского языка на английский язык*

**Pages 16-17**

CHILDREN

| Gender | Full name | Date of birth | Personal code |
|---|---|---|---|
| Female | Mamuchieva Dinara Hasanbievna | January 30, 2009 | 260-014 March 02,2009 *signature* |
| Male | Mamuchiev Kieurmanbi Hasanbievich | June 22, 1991 | No records |
| Female | Mamuchieva Nursiyat Hasanbievna | November 22, 1993 | No records |
| Female | Mamuchieva Zalihat Hasanbievna | June 05, 1996 | No records |
| Female | Mamuchieva Amina Hasanbievna | September 06, 2010 | 260-014 October 06, 2010 *signature* |

*Настоящий перевод с русского языка на английский язык выполнен мной, переводчиком, знающим английский и русский язык, Хубиевой Людмилой Андреевной, СНИЛС 133-759-486 90, ИНН 262516952000, 06.01.1987 г.р., паспорт серия 07 23 034165, выдан ГУ МВД России по Ставропольскому краю, дата выдачи 11.05.2023, код подразделения 260-013, зарегистрированной по адресу: Ставропольский край, г. Кисловодск, ул. Тельмана д.25 кв.18*

*Статус переводчика и знание иностранного языка подтверждается следующими документами:*

*1) Диплом ВСА № 0266396, дата выдачи 04.06.2009, о высшем профессиональном образовании по специальности «Русский язык и литература» с присвоением квалификации «Учитель русского языка и литературы», выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*2) Диплом № 29, дата выдачи 27.06.2009 г. об освоении образовательной программы «Переводчик в сфере профессиональной коммуникации (английский язык)» выдан Государственным образовательным учреждением высшего профессионального образования «Пятигорский государственный лингвистический университет» г. Пятигорск*

*3) Диплом № ФП-113/08-24, дата выдачи 21.08.2024 г., о профессиональной переподготовке по специальности «Перевод и переводоведение в сфере профессиональной коммуникации с присвоением квалификации «Специалист по переводу с/на иностранные языки для органов нотариата и юстиции», выдан Автономной некоммерческой организацией высшего образования «Институт образовательных программ» г. Ростов-на-Дону*

*Подпись:* Хубиева Людмила Андреевна [signature]

г. Кисло-

2

-ВОДСК



07 08 120600

РОССИЙСКАЯ ФЕДЕРАЦИЯ

ОТДЕЛ УФМС РОССИИ ПО СТАВРОПОЛЬСКОМУ КРАЮ В ГОРОДЕ КИСЛОВОДСКЕ

14.08.2008

260-014

07 08 120600

МАМУЧИЕВ

ХАСАНБИ

ВЛАДИМИРОВИЧ

МУЖ. 08.07.1963

ПОС. ГОРНЫЙ СТАВРОПОЛЬСКОГО КРАЯ



МЕСТО ЖИТЕЛЬСТВА

ЗАРЕГИСТРИРОВАН

ГОР. КИСЛОВОДСК УЛ. ГАГАРИНА

Д. 69 К. /А

28 февраля 2006 г.

СУФМС РФ ПО СК В ГОР. КИСЛОВОДСКЕ

(наименование органа)

260-014 Заверил:

г. Кисло-

-ВОДСК



Российская Федерация

Город Кисловодск Ставропольского края

Тридцатое июля две тысячи двадцать пятого года

Я, Язджян Армине Цолаковна, временно исполняющая обязанности нотариуса Кисловодского городского нотариального округа Ставропольского края Кузнецовой Людмилы Владимировны, свидетельствую верность выписки из представленного мне документа.

При этом свидетельствую подлинность подписи переводчика Хубиевой Людмилы Андреевны. Подпись сделана в моем присутствии. Личность переводчика установлена.

Зарегистрировано в реестре: № 26/409-н/26-2025-6-281.

Уплачено за совершение нотариального действия: 970 руб. 00 коп.

А.Ц.Язджян

В настоящем сшиве прошито, пронумеровано и скреплено печатью 2 (два) листа.

Врио нотариуса

*Переведено с русского языка на английский язык*

From Mamuchiev Hasanbi Vladimirovich,
born on village Gorny Stavropol Region
of the Russian Federation
Registration address: 69 Gagarin Street,
Kislovodsk, Stavropol Region, Russian Federation

in the interests of the son:
Mamuchiev Kieurmanbi Hasanbievich,
located in the United States of America

**REFERENCE**

Mamuchiev Kieurmanbi Hasanbievich, born on 22 June 1991 in the village Uchkeken of the Malokarachayevsky district of the Karachay-Cherkessk Republic of the Russian Federation, is being persecuted in his homeland by persons engaged in criminal activities and are on the federal wanted list in the territory of the Russian Federation, who have repeatedly K.H. Mamuchiev was tortured and bullied because of personal hatred.

In addition, these persons caused damage to the braking system of Mamuchiev K.H.'s car, on the Pyatigorsk Nalchik highway section they created sudden conditions for a traffic accident, where K.H. Mamuchiev committed a traffic accident on the specified highway due to the failure of the braking system of the car, in which he received numerous injuries with a spinal fracture.

In one of the cases of forced imprisonment by criminals, Mamuchiev K.H., he suffered bodily injuries in the form of cuts on Mumuchiev's hands K.H. These cuts were inflicted in order to cause K.H. Mamuchiev to fear for his life due to blood loss.

Due to fear for his life and the lives of close relatives if he reported this threat to law enforcement agencies, Mamuchiev K.H. did not apply for help in Russia and was forced to leave his homeland.

**July, 18, 2025** **Mamuchiev H.V.** ***signature***

*Переведено с русского языка на английский язык*

# DOMESTIC CHARACTERISTICS

Mamuchiev Kieurmanbi Hasanbievich, born on June 22, 1991
Russian Federation, Stavropol Region, Kislovodsk town

Mamuchiev K.H. lived at 69 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation, until 2022, is married and has two young children.

During his staying, Mamuchiev K.H. proved himself on the positive side.

Relations with the family are friendly and trusting, he treats his neighbors with friendly respect, was polite, attentive, and participated in public events, he was engaged in charity work, provided assistance to a neighbor whenever possible, and helped with building materials for landscaping the surrounding area.

Outwardly he was neat, he was not noticed in the abuse of alcoholic beverages, he had no bad habits.

He was not involved in criminal activity and was not noticed in attracting other people to engage in criminal activity.

**Neighbors:**

1) Karabashev Sultan-Hamid Taubievich, passport: 07 04 362975, issued by the Department of Internal Affairs the city of Kislovodsk, Stavropol Region, date of issue 13 August 2004, subdivision code: 262-013, lives at: 10 Artyom str., Kislovodsk, Stavropol Region, Russian Federation *signature*

2) Aliev Bazarbi Taukhanovich, passport: 07 13 789113, issued by the Federal Migration Service of Russia in Stavropol Region in Kislovodsk, date of issue 21 May 2013, subdivision code 260-014, lives at the address: 96 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *signature*

3) Bidzhiev Jamal Magomedovich, lives at the address: 73 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *passport 07 20 654207 signature*

4) Magiyaev Kanamat Malkarukovich, passport: 07 20 713379, issued by the Main Directorate of the Ministry of Internal Affairs of Russia 22 December 2020, lives at the address: 79 Ermolova St., Kislovodsk, Stavropol Region, Russian Federation *signature*

5) Magiyaeva Indira Malkarukovna, passport: 07 11 663931, issued by the Federal Migration Service of Russia in Stavropol Region in Kislovodsk, date of issue 21 May 2013, subdivision code 260-014, lives at the address: 81/1 Gagarin St., Kislovodsk, Stavropol Region, Russian Federation *signature*

The characteristic is provided at the place of the request.

# EXHIBIT 7

**DR Auto Collision Center**

10101 Canoga Ave, Unit 4, Chatsworth, CA 91311
Phone: (747) 358-7262 | Email: dr.autocollisioncenter@gmail.com

Date: October 17, 2025

To Whom It May Concern:

This letter is to confirm that Mamuchiev Kieurmanbi has a start date with DR Auto Collision Center as a Bodyman.

- Employment Status: Full-time
- Employment Start Date: October 23, 2025
- Employment Hours: 9:00 AM to 5:00 PM, Monday through Friday

We are excited to have Mamuchiev Kieurmanbi join our team and look forward to his contributions to the company.

If you have any questions or require additional information, please feel free to contact our office at (747) 358-7262 or dr.autocollisioncenter@gmail.com.

Sincerely,

Makvetsyan Vahe
Manager
DR Auto Collision Center



# EXHIBIT 8

*Translated from Russian into English*

For presentation to the court and at the place of demand

Public organization Kislovodsk Karachay society «Alan»
357700 Russia Stavropol region Kislovodsk town alleyway Saperny 10
Tel. +7 (928) 634-36-36

## CHARACTERISTIC
## OF MAMUCHIEV KIEURMANBI HASANBIEVICH

Mamuchiev Kieurmanbi Hasanbievich, born on June 22, 1991, native of the village of Uchkeken, Malokarachaevsky district, Karachay-Cherkessia, Russian Federation, residing at the address: Russian Federation, Stavropol Region, Kislovodsk town, Gagarin Street, 69, bldg. /A.

According to the Kislovodsk Karachay Society «Alan», during his residence at the above-mentioned address, K.H. Mamuchiev demonstrated a good character, was sociable and responsive, and found it easy to connect with people. He tried to maintain friendly relations, did not conflict with his neighbors, and did not disturb the peace at his residence. He was not observed drinking alcohol or using drugs, and no complaints or statements were filed against him.

Based on feedback from neighbors, Mamuchiev K.H. participated in charity events, helped disadvantaged people, and contributed financially and personally to orphans in his area. He cared for elderly people in need, providing them with everything they needed for their living.

The Kislovodsk Karachay Society «Alan» petitions the court don't deprive Mamuchiev K.H. of his liberty. In the event of a non-custodial sentence being imposed, the Kislovodsk Karachay Society «Alan» undertakes to facilitate the clarification and enforcement of any restrictions that the court will impose on Mamuchiev K.H.

Chairman of the Kislovodsk Karachay Society «Alan»
Korkmazov Rasul Seidalievich *signature*

Round seal:
Russia
Stavropol region Kislovodsk town
Public organization Kislovodsk Karachay society «Alan»
General state registration number 1032602099100

*This translation from Russian into English was made by me, a translator who knows English and Russian, Lyudmila Andreevna Hubieva, born on 01/06/1987, passport series 07 23 034165, issued by the Ministry of Internal Affairs of Russia in the Stavropol Region, date of issue 05/11/2023, unit code 260-013, registered at: Stavropol region, Kislovodsk town, Telmana St., 25 sq.18*

*The translator's status and knowledge of a foreign language are confirmed by the following documents:*

*1) Russian Language and Literature Diploma No. 0266396, issued on 06/04/2009, on higher professional education in the specialty "Russian language and Literature" with the qualification "Teacher of Russian language and literature", issued by the State Educational Institution of Higher Professional Education "Pyatigorsk State Linguistic University", Pyatigorsk*

*2) Diploma No. 29, issued on 27.06.2009 on the development of the educational program "Translator in the field of professional communication (English)" issued by the State Educational Institution of higher professional Education "Pyatigorsk State Linguistic University" in Pyatigorsk*

*3) Diploma No. FP-113/08-24, issued on 08/21/2024, on professional retraining in the specialty "Translation and translation studies in the field of professional communication with the qualification "Specialist in translation from/into foreign languages for notary and justice authorities", issued by the Autonomous Non-profit Organization of Higher Education "Institute of Educational Programs" Rostov- on-Don*

*Signature:* Hubieva Lyudmila Andreevna [signature]

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК ПЕРЕВОДЧИК ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

Stitched and numbered 2 ( two )sheets.

Translator Hubieva L.A. [signature]

«25» February 2026 г.

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК ПЕРЕВОДЧИК ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

*Translated from Russian into English*

**The «Ansary» Charitable Foundation**

Characteristic is given to
Mamuchiev Kicurmanbi Hasanbievich, 1991 year of birth
lived at 69a Gagarin St., Kislovodsk, Stavropol Region

## CHARACTERISTIC

Mamuchiev Kicurmanbi Hasanbievich showed an active lifestyle and a sincere desire to help other people. He actively participated in the activities of our charity organization «Ansary» from 2020 to 2022. During the period of cooperation he assisted in charity events aimed at supporting families in need, seriously ill children and the elderly.

He regularly donated funds for charity events and assistance to disabled children, pensioners and large families. He easily found a common language with people of different ages.

In 2022, he actively helped and participated in fundraising for Magomed Bostanov: he paid for treatment at the Moscow hospital named after Sechenov helped arrange the patient's flight from Russia to Turkey and paid for one of the expensive operations. He also took an active part in subsequent fundraisers.

The characteristics is given to whom it may concern.

Head Erkenova M. I. *signature*

21 February 2026

Round seal:
Russian Federation
Karachay-Cherkess Republic
Charitable Foundation for the Support of Low-Income Families « Ansary»
Individual taxpayer number 0920001870
General state registration number 1200900003820

*Translated from Russian into English*

*This translation from Russian into English was made by me, a translator who knows English and Russian, Lyudmila Andreevna Hubieva, born on 01/06/1987, passport series 07 23 034165, issued by the Ministry of Internal Affairs of Russia in the Stavropol Region, date of issue 05/11/2023, unit code 260-013, registered at: Stavropol region, Kislovodsk town, Telmana St., 25 sq.18*

*The translator's status and knowledge of a foreign language are confirmed by the following documents:*

*1) Russian Language and Literature Diploma No. 0266396, issued on 06/04/2009, on higher professional education in the specialty "Russian language and Literature" with the qualification "Teacher of Russian language and literature", issued by the State Educational Institution of Higher Professional Education "Pyatigorsk State Linguistic University", Pyatigorsk*

*2) Diploma No. 29, issued on 27.06.2009 on the development of the educational program "Translator in the field of professional communication (English)" issued by the State Educational Institution of higher professional Education "Pyatigorsk State Linguistic University" in Pyatigorsk*

*3) Diploma No. FP-113/08-24, issued on 08/21/2024, on professional retraining in the specialty "Translation and translation studies in the field of professional communication with the qualification "Specialist in translation from/into foreign languages for notary and justice authorities", issued by the Autonomous Non-profit Organization of Higher Education "Institute of Educational Programs" Rostov- on-Don*

*Signature:* Hubieva Lyudmila Andreevna [signature]

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК
ПЕРЕВОДЧИК
ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

Stitched and numbered 2 ( two )sheets..

Translator Hubieva L.A. [signature]

«25» February 2026 г.

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК
ПЕРЕВОДЧИК
ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

*Translated from Russian into English*

Kislovodsk town 21 February 2026

**Characteristic**

Mamuchiev Kieurmanbi Hasanbievich, born in 1991. He was constantly involved in organizing events at various levels aimed at improving the urban environment, raising public awareness of social issues, and supporting cultural projects. He regularly participated in charity campaigns aimed at helping those in need. He excelled in effectively interacting with government, business, and civil society representatives, creating conditions for productive cooperation and solving urban problems. He supported youth organization initiatives and contributed to strengthening the region's traditions and cultural heritage. He easily found common ground with people of various social strata and age groups, thereby successfully resolving emerging conflicts and problems of mutual understanding.

Thus, citizen Kieurmanbi Hasanbievich Mamuchiyev represents an example of successful interaction between citizens and the state, demonstrating a high level of civic engagement and awareness, inspiring others with his example of an active life position and social responsibility.

The document is given to whom it may concern.

21 February 2026

Bayramukov A.D. *signature*

Round seal:

Russia

Stavropol Region Kislovodsk town

Individual entrepreneur Bayramukov Alibek Dzetulovich

Individual taxpayer number 262804006761

General state registration number of in dividual entrepreneur 322774600215395

Resorts of Caucasus

*Translated from Russian into English*

*This translation from Russian into English was made by me, a translator who knows English and Russian, Lyudmila Andreevna Hubieva, born on 01/06/1987, passport series 07 23 034165, issued by the Ministry of Internal Affairs of Russia in the Stavropol Region, date of issue 05/11/2023, unit code 260-013, registered at: Stavropol region, Kislovodsk town, Telmana St., 25 sq.18*

*The translator's status and knowledge of a foreign language are confirmed by the following documents:*

*1) Russian Language and Literature Diploma No. 0266396, issued on 06/04/2009, on higher professional education in the specialty "Russian language and Literature" with the qualification "Teacher of Russian language and literature", issued by the State Educational Institution of Higher Professional Education "Pyatigorsk State Linguistic University", Pyatigorsk*

*2) Diploma No. 29, issued on 27.06.2009 on the development of the educational program "Translator in the field of professional communication (English)" issued by the State Educational Institution of higher professional Education "Pyatigorsk State Linguistic University" in Pyatigorsk*

*3) Diploma No. FP-113/08-24, issued on 08/21/2024, on professional retraining in the specialty "Translation and translation studies in the field of professional communication with the qualification "Specialist in translation from/into foreign languages for notary and justice authorities", issued by the Autonomous Non-profit Organization of Higher Education "Institute of Educational Programs" Rostov- on-Don*

*Signature:* Hubieva Lyudmila Andreevna [signature]

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК • ПЕРЕВОДЧИК ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

Stitched and numbered 2 ( two )sheets.

Translator Hubieva L.A. [signature]

«25» February 20 26 г.

РОССИЙСКАЯ ФЕДЕРАЦИЯ СТАВРОПОЛЬСКИЙ КРАЙ ГОРОД КИСЛОВОДСК • ПЕРЕВОДЧИК ХУБИЕВА ЛЮДМИЛА АНДРЕЕВНА

г. Кисловодск «21» 02 2026 года

## Характеристика

Мамучиев Къурманби Хасанбиевич, 1991 года рождения. Постоянно участвовал в организации мероприятий различного уровня, направленных на улучшение городской среды, привлечение внимания общественности к социальным проблемам и поддержку культурных проектов. Регулярно принимал участие в благотворительных кампаниях, направленных на помощь нуждающимся слоям населения. Отличался способностью эффективно взаимодействовать с представителями власти, бизнеса и гражданского общества, создавая условия для продуктивного сотрудничества и решения городских проблем. Поддерживал инициативы молодежных организаций, способствовал укреплению традиций и культурного наследия региона. Легко находил общий язык с людьми разных социальных слоев и возрастных категорий, благодаря чему успешно решал возникающие конфликты и проблемы взаимопонимания.

Таким образом, гражданин Мамучиев Къурманби Хасанбиевич представляет собой пример успешного взаимодействия гражданина и государства, демонстрирует высокий уровень гражданской активности и сознательности, вдохновляя окружающих своим примером активной жизненной позиции и социальной ответственности.

Документ выдан по месту требования

«21» 02 2026 года

Курорты Кавказа
РОССИЯ, СТАВРОПОЛЬСКИЙ КРАЙ, г. КИСЛОВОДСК
ИНДИВИДУАЛЬНЫЙ ПРЕДПРИНИМАТЕЛЬ

/Батрмуков А. Д.

**Благотворительный фонд «Ансары»**

Настоящая характеристика дана

Мамучиеву Къурманби Хасанбиевичу,
1991 года рождения,
проживающему по адресу:
г. Кисловодск, ул. Гагарина, 69а.

## ХАРАКТЕРИСТИКА

Мамучиев Къурманби Хасанбиевич проявлял активную жизненную позицию и искреннее желание помогать другим людям. Активно участвовал в деятельности нашей благотворительной организации «Ансары» с 2020 по 2022 год. В течение периода сотрудничества оказывал помощь в проведении благотворительных мероприятий, направленных на поддержку нуждающихся семей, тяжело больных детей и пожилых людей.

Регулярно жертвовал средства на проведение благотворительных акций и оказание помощи детям-инвалидам, пенсионерам и многодетным семьям. Легко находил общий язык с людьми разных возрастов.

В 2022 году активно помогал и участвовал в сборе средств для Бостанова Магомеда: оплатил лечение в московской больнице имени Сеченова, помог организовать перелёт пациента из России в Турцию и оплатил одну из дорогостоящих операций. Также принимал активное участие в последующих сборах средств.

Характеристика выдана по месту требования.

Руководитель Эркенова М.И. [signature]

Дата 21.02.2026

М.П.

Российская Федерация Карачаево-Черкесская республика
АНСАРЫ
ИНН 0920001870



Общественная организация
Кисловодское Карачаевское Общество
«Алан»
357700 Россия, Ставропольский край,
г. Кисловодск, пер. Саперный, 10
Тел. +7 (928) 634-36-36

**Для предоставления в суд и по месту требования.**

**ХАРАКТЕРИСТИКА**
**На Мамучиева Къурманби Хасанбиевича**

Мамучиев Къурманби Хасанбиевич, 22 июня 1991 года рождения, уроженец с. Учкекен Малокарачаевского района КЧР Российской Федерации, проживавшего по адресу: Российская Федерация, Ставропольский край, г. Кисловодск, ул. Гагарина, д. 69, к. /А.

По данным «Кисловодского карачаевского общества «Алан» за период проживания по вышеуказанному адресу, Мамучиев К.Х. показал себя обладающим добрым характером, общительный и отзывчивый, легко находил контакт с людьми. Во время общения старался сохранить доброжелательное отношения, с соседями не конфликтовал, общественный порядок по месту жительства не нарушал, в распитии спиртных напитков, употреблении наркотических веществ замечен не был, жалоб и заявлений в отношении него не поступало.

Исходя из отзывов соседей, Мамучиев К.Х. участвовал в благотворительных акциях, помогал обездоленным людям, финансово и своими силами участвовал в помощи сиротам в месте проживания. Ухаживал за нуждающимися пожилыми людьми, обеспечивал их всем необходимым для их проживания.

«Кисловодское карачаевское общество «Алан» ходатайствует перед судом не лишать свободы Мамучиева К.Х. В случае назначения наказания не связанной с лишением свободы, «Кисловодское карачаевское общество «Алан» обязуется способствовать разъяснению и исполнению ограничений, которые будут приняты судом в отношении Мамучиева К.Х.

Председатель «Кисловодского карачаевского общества «Алан»

Коркмазов Расул Сейдалиевич.